# Exhibit A

| AOC-105          Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. **19CI00446**<br>Court  ☑ Circuit ☐ District<br>County  Jefferson |
|---|---|---|

**PLAINTIFF**

GARY DAILY  ET AL

JEFFERSON CIRCUIT COURT
DIVISION NINE (9)

3504 BROOKLINE

JEFFERSONVILLE                Indiana              47130

VS.

**DEFENDANT**

ZEON CHEMICALS LIMITED PARTNERSHIP

4100 BELLS LANE

LOUISVILLE                     Kentucky            40211

**Service of Process Agent for Defendant:**

REGISTERED AGENT SOLUTIONS, INC.

828 ALLEN ROAD

SUITE 219

LEXINGTON                                      Kentucky              40504

**THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date:     JAN 23 2019₂

DAVID L. NICHOLSON, CLERK

_____ Clerk

By:  _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this _____ day of _____, 2_____.

Served by: _____

_____ Title

COMMONWEALTH OF KENTUCY
JEFFERSON CIRCUIT COURT
DIVI**19 CI 00448**
CASE NO.

GARY DAILY ET AL                                                    PLAINTIFFS

                                                          JEFFERSON CIRCUIT COURT
vs.                    **COMPLAINT**                        DIVISION NINE (9)

ZEON CHEMICALS LIMITED PARTNERSHIP                                 DEFENDANT
(Serve: Registered Agent Solutions, Inc.
828 Lane Allen Road
Suite 219
Lexington, KY 40504)

\*\*\*   \*\*\*   \*\*\*

Comes the Plaintiffs, by Counsel, and for their cause of action against the

Defendant, states as follows:

1.    At all times relevant hereto, Plaintiffs were non-exempt employees of Defendant

Zeon Chemicals Limited Partnership, a Delaware Corporation/Partnership with its

principal office located in Louisville, Kentucky, which was authorized to

conduct business within the Commonwealth of Kentucky (hereinafter referred to as

"Zeon"). At said times, Gary Daily resided at 3505 Brookline, Jeffersonville, Indiana.

47130, Thomas Oehler, resided at 245 Shawn Lane, Ekron, KY 40117, Karl N. Smith,

Jr., resided at, 2804 S. Boston Pekin Road, Pekin, IN 47165, Kimberly K. Tate, resided at

786 Rose Avenue, Jeffersonville, IN 47130,  Brian Lee Philpott, resided at 440 North

Parkline Drive, New Albany. IN 47150, Nathan Tanner, resided at 1606 Clearview Drive,

Louisville, KY 40222, Stephen Bauer, resided at 1310 E. Walford Dr., Jeffersonville, IN

47130, William Roger Bennett, resided at 200 Fugate Lane, Shepherdsville, KY 40165,

Kevin Robertson, resided at 5524 Harmony Woods, Memphis, IN, 47143, Gregory

Dennis Kessel, resided at 9211 Wanlou Drive, Louisville, KY 40272, Raymond Catlett, resided at 25 Laura Lane, Bedford, KY 40006, Todd G. Robertson, resided at 330 Autumn Glen Drive, Mount Washington, KY 40047, James E. Clark, resided at 603 Overlook Road, Louisville, KY 40229, Thomas Baker, resided at 168 Plentiful Place, Shepherdsville, KY 40165, Jason L. Moore, resided at 5806 Grandel Blvd., Louisville, KY 40258, Alex E. Bower, resided at 137 Fallow Circle, Georgetown, KY 40324, Matthew Hardin, resided at 164 Edgewood Lane, Jeffersonville, IN 47130, Tracy Lee Doty, resided at 312 North Nicole Lane, Scottsburg, IN 47170, Mark H. Basham, resided at 976 Cottonwood Dr., Clarksville, IN 47129, Chad Sexton, resided at 9209 Fenmore Avenue, Louisville, KY 40272, Zach Raymer, resided at 512 Chippewa Dr., Jeffersonville IN, 47130, Eric Michael Settle, resided at 9808 Sunkist Way, Louisville, KY 40272, James Whitted, resided at 4426 Pinnacle View Place, Louisville, KY 40272, Ricky Hodge, 287 Church St., Lebanon Junction, KY, 40150, and Troy Tingle, 10307 Ranch Dr., Louisville, KY 40272. All of the Plaintiffs were employees of Zeon from on or before January 1, 2014, and to the present, excepting Plaintiffs Gary Daily and Thomas Oehler, Daily having left the employment of Zeon on or about December 1, 2017, and Thomas Oehler who left the employment of Zeon on or about June 22, 2018, and Zack Raymer who began employment with Zeon on or about August 1, 2015.

2. At all times relevant hereto, Plaintiffs were non-exempt employees of Defendant Zeon.

3. Except as noted above in paragraph 1, from and after approximately January 1, 2014 to the present, Plaintiffs were required by Zeon to work at their Louisville, Kentucky, Jefferson County location on a regular basis and to work overtime

in excess of 40 hours a week, and during said times Zeon failed to fairly pay to Plaintiffs wages and overtime pay on a daily basis. Plaintiffs were required for the convenience of Zeon to report to work and clock-in and clock-out, but during said times were not paid for all of such times for their work. Plaintiffs were at times required to work even after they had clocked-out, and/or were required to be present at the Zeon location for the convenience of Zeon, and during said times were not paid for all of such times for their work.

4. The amount of the unpaid wages and overtime exceeds the minimum jurisdiction of this Court. This Court has jurisdiction over these claims pursuant to KRS Chapter 337.

5. The actions of Zeon violated KRS Chapter 337 regarding payment by employers to employees for their wages and overtime compensation

6. The actions of Zeon violated KRS Chapter 337 regarding payment by employers to employees for their wages and overtime compensation, entitling Plaintiffs to compensation for their wages and overtime, and further entitling Plaintiffs to liquidated damages and Attorney fees, due to a willful violation of the Kentucky law and due to a lack of good faith giving rise to said omissions to fairly compensate Plaintiffs.

WHEREFORE, Plaintiffs prays for the following:

(a)   Damages in an amount to be determined by the Court;

(b)   Costs and expenses herein;

(c)   Attorneys fees;

(d)   Liquidated damages; and

(e)   Any and all other relief to which the Plaintiffs may appear entitled.

W. KENNETH NEVITT
Nevitt Law Office
KBA # 1408
600 East Main Street
Suite 100
Louisville, Kentucky 40202
(502) 736-3600
Fax (502) 736-3606
kennevitt@hotmail.com
Counsel for Plaintiffs