# Exhibit 2
# to Exhibit B

# AGREEMENT

BETWEEN

**ZEON CHEMICALS, L.P.**
**LOUISVILLE, KY**

AND

**UFCW, LOCAL 72D**

**OCTOBER 12, 2015**

**INDEX**

| Topic | Article or Paragraph | Page |
|---|---|---|
| Agreement, Preamble…………………………P1, 2…………………………………….05 |
| Agreements Printed……………………….P132……………………………………27 |
| Attendance Control Policy………………………………………………………………51 |
| Bidding Rights Letter……………………………………………………………………61 |
| Breaks………………………………..P121……………………………….26 |
| Bulletin Boards……………………….P114…………………………………25 |
| Butadiene Scrubber………………………………………………………………………65 |
| Changing Shifts……………………….P16……………………………………08 |
| Clocking Out……………………….P122………………………………….26 |
| CPI Sideletter…………………………………………………………………………….63 |
| Condition of Employment…………………… AXVIII……………………………..24 |
| Contracting Out……………………….P137……………………………………27 |
| Day Jobs Sideletter……………………………………………………………………..64 |
| Discharge, Appeal…………………….AII……………………………………05 |
| Discharge, Notification………………….AII……………………… …………..05 |
| Disciplinary Notation…………………P119……………………………………26 |
| Doctor Visits, Pay……………………..P112……………………………………25 |
| Duration of Agreement……………………AXX……………………………..25 |
| Drug and Alcohol Policy……………………………………………………………….47 |
| Education, Requirements…………………P133……………………………………27 |
| Employees, Defined…………………….P07……………………………………06 |
| Fire Training Class, Pay…………………P127……………………………………26 |
| Foremen and Supervisors…………………AX      ………………………………16 |
| Funeral Pay…………………………….AXV……………………………………22 |
| Grievance and Arbitrations……………..…AXI………………………………….17 |
| Health Care Benefits……………………P144……………………………………29 |
| Holiday……………………………….AVI……………………………………09 |
| Hours, Maximum Restriction ……………….P130……………………………27 |
| Incentive Award Program (IAP)……………P145……………………………………29 |
| Job Bid Restrictions……………………AVII……………………………………10 |
| Job Posting…………………………….AVII……………………………………10 |
| Job Training Rate……………………….P128……………………………………27 |
| Jury Pay……………………………….AXIV………………………….…………21 |
| Layoff ………………………………..AVIII………………………………12 |
| Layoff Notice or Pay……………………AVIII……………………………………12 |
| Layoff  Protection………………………..P140…………………………………28 |
| Leave of Absence………………………AIX……………………………………15 |
| Leave of Absence Job Posting……………..AVII…………………………………10 |
| Letter of Intent………………………………………………………………………….62 |
| Loading and Unloading………………….P124……………………………………26 |
| Lunch Period…………………………..P121………………………………….26 |

Medical Testing and Workplace Training Policy..........................................................57
Memorandum of Agreement…………………….......………………………………….26
Military Make-up Pay.....................................AXVI…......................................................22
Nondiscrimination Clause.......................AIV….......................................................07
Occupational Disability..............................AXIII.........................……………….  20
Overtime Offset, Layoff.............................AV…..........................................................07
Overtime Rules.......................................................................................................35
Pension.........................................P146…….........................................................29
Personal Time........................................P121...................................................26
Premium Pay…………...........................AV…………… ...………………………07
Recall from Layoff.....................................AVIII……....................................................13
Relieve Properly........................................AXIX………………………………….25
Report for Work Pay,Eligible...................AV…………………………………….07
Report for Work Pay, Ineligible.................AV.............................................................07
Retirement Notice Payment......................P148............................................................33
Rights of Management……………………AIII……………………………………07
Safety and Health......................................AXVII...................................................23
Safety Shoes  & Uniforms.......…………..AXVII………………....................................23
Savings Plan - 401K.......................P147……............................................................32
Seniority................................................AVIII…………………………………….12
Shelter,  Sandblasting Area.........................P134.........................................................27
Shift Assignment, Preference....................AVIII.........................................................12
Shift Bonus.................................................AV.............................................................07
Shift Changes and Curtailments.................AV.............................................................07
Shift Schedule, Posting..............................AV.............................................................07
Specific Conditions……………………….AXIX……………………………………25
Strike or Lockout.....................................AI..............................................................05
Successful Bid, Seniority and Pay Rate.......AVII..........................................................10
Support Services........................................P143............................................................28
Temporary Downgrade................................AV.............................................................07
TemporaryUpgrade....................................AV.............................................................07
Temporary Loan of Employees...................P125...................................................26
Temporary Relief Operator........................P123............................................................26
Transfer, Other Bargaining Unit................P131..........................................................27
Union Recognition………………………..AI………………………………………05
Union Status…………………………….AII………………………………………05
Vacation.......................................................AXII.............................................................18
Wages and Hours………………………….AV………………………………………17
Wage Rate Schedule.................................................................................................34
Warehouse, Choice of Docks and Shifts....P124...................................................26
Witness Pay...........................................AXIV...................................................21
Work Jurisdiction, Chemical Operator......AXIX............................................................25
Work Schedule.................................……..AV……………………………………07

3

Work Week Defined.................................AV.............................................................07
Tobacco-Free Workplace..............................................................................54
Confidentiality Statement...........................................................................58
Anti-Trust Policy..............................................................................…..55
12 Hour Shift Guidelines.............................................................................37

## AGREEMENT

**1** THIS AGREEMENT entered into on this l2th day of October, 2015, by and between United Food & Commercial Workers Union, Local #72 affiliated with the AFL-CIO, CLC (hereinafter referred to as the Union) and Zeon Chemicals, L.P., Louisville, Kentucky (hereinafter referred to as the Employer).

## WITNESSETH

**2** WHEREAS, it is the intent and purpose of the parties hereto to promote and improve the industrial and economic relations between the Employer and its employees and the Union, and to establish and encourage the practice and procedure of collective bargaining between the parties hereto.

## ARTICLE I

### Recognition

**3** The Employer hereby recognizes the Union as the exclusive bargaining representative of the employees within the unit as defined in Article II, Section B.

> **3.1** In the event that, in the future, the Employer acquires any portion of the BF Goodrich Company ("BFG") plant located at Bells Lane, Louisville, Kentucky, now covered by that collective bargaining agreement dated June 1, 1988 between the Union and BFG (the "Union-BFG Agreement"), the Employer will, at the time of said purchase, recognize the Union as the representative of any additional employees employed in the classifications covered by the Union-BFG Agreement or this Agreement and will apply Zeon Chemicals Kentucky, Inc.'s, then current collective bargaining agreement to such employees.

**4** It is recognized that the continuity of production, free from work stoppage, slow-downs or strikes, is essential to the efficient and economical operation of the Employer's business. The parties therefore agree that at no time during the term of this Agreement shall there be any strike, including refusals to work in support of third parties (sympathy strikes), walkout, slow-down, lock-out or other stoppage of work.

## ARTICLE II

### Union Status

**5** Any employee who is a member of the Union in good standing on the effective date of this Agreement shall, as a condition of employment, maintain his membership in the Union to the extent of paying membership dues.

> **1)** Any employee who is not a member of the Union shall, as a condition of employment, become a member of the Union within thirty-one (31) days from the effective date of this Agreement and shall maintain his membership to the extent of paying membership dues. An Employee who is on layoff or leave of absence shall comply with this requirement within thirty-one (31) days following his return to work.

> **2)** Any employee who enters the bargaining unit on or after the effective date of this Agreement shall become a member of the Union within thirty-one (31) days following the date of employment in the bargaining unit and shall, as a condition of employment, maintain his membership in the Union to the extent of paying membership dues.

**3)** Any employee who fails to maintain his membership in the Union to the extent of paying membership dues or CORE dues shall not be retained in the employ of the Employer, provided that the Union shall have given written notice to the Employer and to the employee of such failure and the employee shall have failed to comply with the provisions of this Section of the Agreement within thirty-one (31) days after receipt of such notice.

**4)** The provisions of this Section of the Agreement shall not apply to any employee who is denied membership in the Union or whose membership has been terminated for reasons other than his failure to tender regular monthly membership dues in the amount fixed by the Union in accordance with its constitution.

**6** The Employer agrees to deduct monthly Union dues, legal assessments, and initiation fees from wages of those employees covered by this Agreement who have individually authorized in writing that such deduction be made. Such authorization shall be furnished the to Employer by the Union. The Employer shall remit such money promptly to the Secretary-Treasurer of the Union. The initiation fee shall be deducted in installments over a period of three months. Employees shall authorize such deductions by executing an individual check-off authorization which should be in the following form:

 "I do hereby authorize Zeon Chemicals Kentucky, Inc. to deduct the Union dues from my pay of each week, which shall be submitted to the Secretary-Treasurer of UFCW, Local #72. This authorization shall also apply to legal assessments and initiation fees. I do hereby agree to hold my Employer harmless from any liability whatsoever because of the payment made as authorized above."

_____   _____
Date            Employee's Signature

**7** The term "employee(s)" as used in this Agreement shall include all wage employees whose classifications are listed in the Wage Schedule. It shall exclude all salary employees and all others not listed in the Wage Schedule.

**8** Section C. When a member of the Union is laid off or discharged for ample cause such information shall be given promptly to the proper representative of the Union in order to check the records of the Union and the rights of the member concerned. In the event an employee shall be discharged by the Employer, such employee shall be paid in full providing all company property is accounted for.

**9** The Employer agrees to hear any case where an employee is discharged or suspended. The Employer further agrees that should there be a mutual conclusion between the Employer and the Union that the suspension or discharge of such employee be withdrawn, the employee shall be reinstated to full rights and shall be compensated at his average rate of pay for time lost, provided that notice of the appeal is presented to the Employer in writing through the orderly procedure hereinafter provided for the handling of grievances or problems. Such compensation for time lost shall be limited to thirty working days unless there shall be mutual agreement in writing between the Employer and the Union that the case requires an extension beyond thirty days to reach conclusion.

## Article III

### Rights of Management

**10** Except as otherwise limited in this Agreement, it is mutually understood and agreed that the Company has the right to exercise the regular and customary functions of management including, but not limited to:  management of the company, the right to decide the methods and equipment to be used in the direction of the employees, including the right to hire, suspend, promote and demote, discharge and discipline for just cause, to layoff for lack of work or other sufficient reason; to maintain, change, or discontinue operations, processes, products, practices, and work of employees.  To determine the hours of work; to promote safety, efficiencies, discipline, order and protection of the Company's employees, operations, property and products from injury; damage or other loss from any source; To determine the suppliers and customers with whom  it will deal and the price at which its products will be sold.  However, each of the foregoing management prerogatives is subject to any and all other provisions of this agreement and shall not be deemed to overrule any such provisions.  This will not be used for the purpose of discrimination against any member of the Union.

The Company and Union agree to give full cooperation in carrying out the functions vested in the Company for the conduct of its business and the efficient management and operation of the plant; to assist in all ways in the elimination of waste, the promotion of efficiencies and economies of operation.

Mandatory direct deposit with no pay advices provided.  Employees may access their pay information via the internet.

All employees must provide and maintain a valid and current phone number for management and supervision to use to contact them.

## ARTICLE IV

### Nondiscrimination Clause

**11** It is mutually agreed that there shall be no discrimination against any employee or interference with his rights to belong to any lawful organization, nor shall any employee be subject to discharge or disciplinary action because of his having engaged in legitimate Union activities.

**12** It is also agreed that there shall be no discrimination in employment opportunity because of age, sex, race, religious creed, color, national origin, handicap, or veteran status.  The Employer and Union will comply with the terms and conditions of the Americans with Disabilities Act.  It is understood that where the masculine pronoun is used in this Agreement, it shall refer to both genders.

## ARTICLE V

### Wages and Hours

**13**  The Employer agrees to pay the employee the amount of wages as set forth for the various classifications in the Wage Schedules, attached hereto, effective on the dates shown.

**14** The individual employee's normal work schedule shall not exceed eight hours per day, five days per week. The normal work week shall be the calendar week of Monday through Sunday. The work schedule shall be posted in advance of the work week designating two days of rest for each employee in the work week. Any change in an employee's posted schedule must be made before the employee completes his current week except in cases of promotion or recall or by mutual agreement.

> **14.1** The Company is willing to discuss and develop alternate shift structures that are cost neutral and agreeable with Union.

> **14.2** An official schedule for the Christmas Holiday will be posted during the work week two weeks prior  to the holiday.

**15** All overtime hours shall be paid the rate of time and one half.  All hours worked on Sunday, which are not paid another premium rate, will be paid a premium of 50% of the regular rate multiplied by the number of hours worked.

> **15.1** Employees will receive their current rate of pay on all overtime unless there is an upgrade in pay involved.

**16** Any two employees of the same classification and job may change shifts on any day by mutual agreement with permission of their Supervisor under the following conditions:

> 16.1 If the change will not result in more than 40 hours work in the week for either of the two men,  and

> 16.2 If  both men waive any contract overtime rights as a result of the change.

> 16.3 No approved trade can be cancelled within 24 hours of the trade day by the trading parties

**17** All hours for which premium time is paid on a daily basis will be excluded from the calculation of hours for weekly overtime wages except that hours of work performed on the holidays listed in the Agreement, when occurring before forty (40) hours have been worked in the week, shall be included in the calculation for the purpose of paying overtime for hours over forty (40) in the week.

**18** The Employer agrees that no employee shall be laid off during his regular working schedule to equalize any overtime the employee may have worked previously during the same work week or pay period. Any overtime shall be in addition to the regular working schedule of the employee.

**19** When it is determined that an employee will be required to work overtime beyond his regular shift he shall be granted permission by his foreman to be away from the job for not over ten minutes for personal time.

**20**  Payment of premium rates shall not be duplicated for the same hours worked but the higher of the applicable rates shall be used.

**21** Any employee required to work on any day shall receive at least four hours pay for that day. An employee who is called-in during an off-shift will be given four hours pay or the applicable premium rate for the time actually worked, whichever is greater. An employee requested to work beyond his regular shift will be paid the applicable premium rate for the time so worked.

**22** It is intended that work, when available, shall be provided for every employee who reports for work at the customary time. However, employees reporting for work after having been absent from work for personal reasons not covered by a written leave of absence will not be eligible for reporting-for-work pay if there is no work available for them;  employees who decline the opportunity to work on alternate jobs temporarily assigned to them will not be eligible for reporting- to-work pay.  To be eligible for reporting-to-work pay, the employees must accept the work offered to them.

**23** This Section shall not apply in a case of work stoppage sanctioned or participated in by the Union.

**24** Should any employee be transferred temporarily to a higher rated position, for at least a tenth of an hour, he shall receive the rate for the job to which he has been assigned for the time so worked.

> **24.1** If performing maintenance work on an off shift, after the maintenance overtime list has been called the operator performing the work shall receive the appropriate upgrade in pay for the time spent.

**25** If any employee is assigned temporarily to a lower rated job, he shall receive his regular rate of pay while assigned to such work except when on an overtime basis as set forth in paragraph 17 of this Article.

**26** Day workers will not receive a shift bonus for any hours worked on their regular scheduled shifts even though a portion of such hours may be worked before 6:00 a.m. or after 2:00 p.m. However, day workers will be paid the applicable shift bonus for any hours worked between 2:00 p.m. and 6:00 a.m. beyond the close of their regular shift.

**27** When a shift worker works overtime into the shift following his scheduled shift the payment or non-payment of shift bonus for such overtime hours will be based on the applicable bonus for the shift during which the overtime hours are worked.

**28** In addition to the wages established in the Wage Schedule the Employer agrees to pay a shift bonus of $.35 an hour for work performed on the shift ending nearest midnight and $.45 an hour for work performed on the shift beginning nearest midnight.

## ARTICLE VI

### Holidays

**29** The holidays recognized by the Employer are New Year's Day, President's Day, Good Friday, Memorial Day, Independence Day, Labor Day, Founder's Day, Thanksgiving Day, Friday after Thanksgiving, Christmas Eve, Christmas Day and New Year's Eve.

**30** Employees who work on these holidays shall be paid two and one-half times their regular hourly rate for all hours worked.

**31**  An employee who is not scheduled to work on a recognized holiday shall be
paid holiday pay, consisting of his straight time hourly rate multiplied by the number of hours in

his normal daily working schedule, under the conditions provided below:

> 1. The employee must work at least two of his scheduled days in a holiday week except when the employee is granted an excused absence by the Employer or as provided in 2 below.

> 2. An otherwise eligible employee who is on an approved leave of absence shall be paid for the holidays which occur during the thirty days immediately prior to his return to work.

> 3.  No more employees than the normal weekend staffing will be required to work on Thanksgiving Day or Christmas Day unless there is  production urgency, or emergency or major production breakdown.

**32** An employee who is scheduled to work on a holiday shall not receive holiday pay if he absents himself from such work without reasonable cause acceptable to the Employer. Reasonable cause shall be defined as vacation, jury duty, funeral leave, certified Family Medical Leave absence or the employee or someone in his household is treated by, and presents documentation, from a physician on the holiday.

**33** An otherwise eligible employee who is laid off or recalled shall be paid for the holiday which occurs during the calendar week in which he is laid off or returns to work.

**34** When one of the above holidays occurs within the vacation period of an otherwise eligible employee he shall be paid for the holiday.

**35** No employee shall be laid off on any day to off-set any holiday pay he may have received or been entitled to.

**36** No posted schedule shall be changed for a holiday week to allow an employee scheduled to work on the holiday to be off and work on another day during that week.

**37**  When a holiday is observed on Monday through Thursday in a work week and an employee has a scheduled vacation starting in the week following such work week but due to time off in such work week plans to leave on a vacation trip during such work week, the employee will be paid his vacation pay prior to his leaving if he has requested it on or before the second Friday prior to such work week.

> **37.1** July 4th, All Support Services, Lagger, and Straight day shift workers who are scheduled to work and do work may elect to receive their eight hours holiday pay as an additional Bank day. Employees working the Fourth of July will receive applicable holiday pay less the aforementioned 8 hours.  The holiday floated must be pre-approved by the supervisor and not result in additional overtime.

## **ARTICLE VII**

### **Job Posting**

**38** Notice of permanent jobs newly created, vacant through attrition, all day-shift assignments, relief operators and initial vacancies for a department will be posted on the Central Bulletin Board for a period of seven days before being permanently filled.  Vacant assignments created by the aforementioned or vacancies created by probationary employees within 45 days maximum will

not be filled by posting, and will be filled by available manpower or hiring from the street. Interested employees may bid by signing their names to that notice.

**39** Except as otherwise covered in paragraph 136, posting of temporary vacancies for day shift assignments will be as follows:

  1. **Leave of Absence Posting** ---- In the event it becomes necessary to temporarily replace an employee on a Leave of Absence, the vacancy will be posted as follows:

    A. **Within the Support Services Department** ---- The initial vacancy will be solicited within the Support Service Department. Should it become necessary, the subsequent vacancy will be posted on the Central Bulletin Board. The resulting vacancy would be filled by hiring into the vacancy. After filling the vacancy should the need become permanent, it would be filled as stated in Paragraph 38.

    B. **Outside the Support Service Department** ---- Vacancy would be filled by hiring into it. Should, after filling the vacancy, the need becomes permanent, it would be filled as stated in Paragraph 38.

  2. **Increase in Production** ---- In the event it becomes necessary to temporarily place employees in positions due to an increase in production demands, the vacancy or vacancies will be posted as follows:

    A. Vacancy will be posted on Central Bulletin Board with an estimated temporary time frame, not to exceed nine months. Subsequent vacancies if necessary, will be filled by hiring into the vacancy.

    B. Should a temporary vacancy go beyond the estimated time frame, persons then occupying those temporary vacancies would be given those positions as permanent without the necessity of serving a three-month rate progression or reposting.

**40** It is understood that employees will receive previous job assignment credit while serving in a temporary vacancy,provided the employee worked the job assignment for a period of 6 months after being qualified on the job.

**41** An employee, while on a temporary bid, may not bid on another vacancy until the end of 12 months after said bid or the temporary bid job is over.

**42** It is understood that all above moves in Paragraph 38 and 39 are subject to recall as outlined in Paragraph 57.

**43** Positions vacated due to long-term disability will be filled temporarily for twenty-four (24) months from the last day worked.  If the employee on long-term disability does not return within twenty-four (24) months to the position they vacated, the position will be filled in accordance with Paragraph 39.

**44** The job may be filled temporarily without regard to seniority but at the end of the seven-day posting period, the senior employee who bid will be awarded the vacancy. Successful bidding will be limited to once in any twelve month period. Employees who successfully bid and qualify for Laboratory Technician vacancies will be placed on a three (3) year bid restriction.

**45** Employees who are presently under a bid restriction and occupy assignments in the Chemical Operator classification or classification below will not be restricted from bidding to an upgrade assignment.

**46**  An employee who is on vacation or leave of absence when a job opening is posted will be notified of the posting by the company by phone or by standard mail and notify the Union official when contact has been made.

**47** An employee who is on vacation or leave of  absence when a job opening is posted may telephone his Supervisor and request that his name be placed on the posting provided it is done during the seven-day period.

**48** A successful bidder shall begin receiving the rate of pay on the job he successfully bid on and accumulating department seniority 31 days from the date of certification on their first trained position for the job bid.

>**48.1** A successful bidder shall be moved within 12 months of the last day of posting.

>**48.2** A Relief Operator shall be moved within and no later than 12 months of successfully bidding to another job.

>**48.3** A Relief Operator shall begin receiving top pay upon certification on their 2nd job. New employees still on pay progression (not yet receiving top Chemical Operator pay), will receive "relief operator differential pay" (difference between top Chemical Operator rate and Relief Operator rate) added to their appropriate base wage rate according to where they fall on the pay progression table.

**49** The Company will give to the Union a copy of job bid sheets as soon as practical after removal from the bulletin board.

**50**.An employee under a Bid Restriction may bid either of the following jobs: Laboratory Technician, Relief Operator and day work jobs and, when posted on the Central Bulletin Board and when he is not then occupying one of these two accepted jobs. An employee is no longer under a bid restriction when he is curtailed from the job he bid.


### ARTICLE VIII

**Seniority**

**51** The employee's length of service for the purpose of determining seniority rights shall be deemed to have commenced on the first day of employment in the plant, except for those employees who may be discharged for cause, or resign, or who have forfeited their seniority rights in accordance with Section E of this Article, and if later rehired their seniority shall date from the date of their last reemployment. A new employee shall serve a probationary period of 9 months during which he has no seniority, but upon completing this period his seniority shall date from the first day of employment.

>**51.1** For purposes of this Agreement, the length of service of employees hired by the Employer as part of its Initial Employee Complement (those employees hired by the

Employer at the time of its October 12, 1989 purchase of the former BFG facility covered by the Agreement, as well as those five (5) employees hired by the Employer to take the place of the equal number of BFG employees who declined employment with the Employer and transferred from the Hycar Operation to continued employment with BFG, and such BFG employees as may, at such time as the Employer establishes and begins operation of its Tank Farm, leave employment with BFG and enter into the Employer's employ to work at the Employer's Tank Farm) shall, for the purpose of measuring seniority rights under this Agreement, be deemed to have commenced on the first day of employment by BFG at the plant, except for those employees who may have been discharged for cause or resigned or who forfeited their seniority rights in accordance with Section E of this Article and were thereafter rehired by BFG, which employees shall have seniority which shall date from the date from their last reemployment by BFG.

**52** If qualifications and proven ability are relatively equal seniority shall be the determining factor in cases of promotion. Any person, who is transferred from a job classification not covered by this Agreement to a job classification which is covered by this Agreement shall have his seniority considered as the date of such transfer for purposes of layoff, recall and promotions.

**53** It is understood that the transfer of any employee from department to department shall not affect such employee's general plant seniority.

**54** A transferred employee's seniority shall be recognized immediately in a new department.

**54.1** A transferred employee's seniority shall be recognized immediately in a new department for purpose of vacation scheduling if he transfers into such department at least three months prior to the completion date for vacation scheduling (January 31).

**55** For purposes of layoff and recall, seniority shall be the determining factor by jobs in each of the following departments:

1. Drying
2. Laboratory
3. Polymerization
4. Support Services

**56** In the future, the Employer may decide to establish a separate Utilities Department. If this should occur, such department shall at that time be included in the departmental seniority structure established in Paragraph 55. Unless and until such time as the Employer may decide to establish a Utilities Department, such work shall be performed by designated bargaining unit employees in other classifications.

**57** However, if an employee is laid off or curtailed from his present job and if he has seniority greater than that of any other employee, retained in any job in any department, the employee shall be given an opportunity to bump up, bump down, or bump horizontally such other employee if qualified by reason of previous job assignment.  An employee who is curtailed, without having previous job assignment experience, may replace the junior operator in their department if qualified to perform satisfactorily.  If there are no junior operators to replace, the curtailed employee without previous job experience may replace the junior employee in any department if qualified to perform satisfactorily. In the event an opening occurs in his former job from which he was curtailed in the last three months, he will be returned in seniority order and if he has been away from such job for three months but less than one year, he will have the choice of remaining

13

or returning to such job.  If the right to recall during this time period is waived, the employee relinquishes any further recall rights to that job.  Relief Operators, or former Relief Operators, will be extended previous job assignment rights to those operator jobs they relieved.

> **57.1** In the event of a layoff, it is agreed the oldest qualified employee(s) to be laid off may be retained in the plant, out of line of seniority, to train their replacement(s). They must be used for this purpose only and the person(s) to be trained must have physically reported to the job(s) before senior employees are laid off to the street. Any dispute regarding the length of such retention period will be resolved by accepting the average length of time it took to physically train the previous three trainees as the norm. The junior employee retained for training will not be eligible for daily overtime until all other eligible employees in the overtime group have had an opportunity to work the overtime.
>
> The employee retained for training out of line of seniority will be given the same layoff date as senior laid off employees.
>
> These provisions apply only to production employees.

**58** The provisions of this Section may or may not be effective for the first three days of any layoff.

**59**. A roster of the seniority of the employees shall be kept at the central clock alley. Employees hired on the same date shall be listed alphabetically on the seniority roster. The Employer will provide a bulletin board for the exclusive purpose of posting such roster and shall provide the Union with an updated seniority roster within 30 days of request for an updated version.

**60** Any employee who quits or resigns his job or is discharged for ample cause forfeits his seniority rights. Anyone who takes a leave of absence for a period longer than approved, or is off for longer than 24 months, shall forfeit all seniority rights. Any employee who is laid off will have recall rights for a period of 60 months. Any employee laid off for longer than 60 months shall forfeit all seniority rights.  It is understood that an employee will accumulate no more than 24 months of seniority while on layoff status.

**61** In the restoration of employment, persons directed to return to work shall report for work at the time specified in the notice or inform the Employer immediately of inability to do so. If the laid off employee fails to report within five days of being called by telephone or by personal call at his last recorded address, notice of the call shall be sent by registered mail to his last recorded address, and he  shall have five working days from the date of the registered letter in which to report before his name is removed from the recall file. If a laid off employee fails to report upon being called for reemployment, a later hiring carries no credit for back service.

**62** The Employer agrees that in the event of a layoff, due to a decrease in scheduled production, the employees shall be given five work days notice of such layoff in the layoff week. The Employer has the option of giving either five work days notice or five days pay in lieu of such notice. Those employees who are scheduled to work, but who are absent from their work when scheduled for layoff shall be considered as having received notice of layoff on the same day that others, included in the layoff, received their notice. An employee who is laid off will be eligible for three months of healthcare coverage at the same cost as the active employee monthly premium in effect at any given time.

**63** When a group is to re-pick shifts, all operators in that group must be in the group so picking is by seniority order of all that will be in that group.

**63.1** When selecting shifts within a job assignment, all operators (certified or to-be-certified for that position) will select shifts in seniority order.  After an initial selection of shifts, if any operator fails to certify in his new job assignment, there will be no reselection of shifts.

## ARTICLE IX

### Leave of Absence

**64** Leaves-of-absence **may** be granted for periods of not over three months,  for illness or other casualties and shall be extended when necessary, upon evidence **sufficient to the Employer**, but not to exceed a total of <u>eighteen (18) months.</u>

1. To obtain a leave-of-absence the employee must present the Human Resource Department with a Statement of Disability from a Certified Healthcare Provider (See FMLA Policy language) containing the diagnosis of the ailment and a specific time the disability is expected to last.

2. When the request for a leave-of-absence has been made in a timely fashion and properly documented, a leave-of-absence letter will be issued by the Human Resource Department and hand delivered or mailed to the employee's home.

3. Should it be necessary for an employee to extend such leave-of-absence, he will be required to follow the procedure set forth in Paragraph 64.1 prior to the expiration of his current leave-of-absence.

4. An employee who has been away from work for illness or under a doctor's care for four days or longer and released by his physician to return to work must report to the Employer's Medical Director or Company Physician and present a statement from his physician as to his fitness to resume his regular duties.

5. Some medical disabilities require an examination or consultation with the Employer's physician before approval will be granted to return to work. In these situations it is incumbent upon the employee to make arrangements with the Employer's dispensary for such examination/consultation in sufficient time to allow the employee to return to his first scheduled work shift following expiration of his leave-of-absence.

**65** Employees chosen as delegates or participants shall be excused up to two weeks without pay, upon written request from the Union, to attend Union conventions or conferences or similar affairs. Such written request shall be made at least a week prior to the expected absence in order to arrange for adequate relief.

**66** Any employee elected or appointed to perform services as a representative of Distillery, Wine and Allied Workers' International Union, affiliated with the AFL-CIO,CLC or, any employee elected or appointed to serve in a legislative, executive, or administrative capacity for a state, or the federal government, may be granted a leave-of-absence for the duration of such specific period of time as is required to perform such services, provided the position to which the employee is elected or appointed requires the employee's services on a full time basis. An employee who returns to the active rolls from such leave-of-absence will be credited with the amount of time spent on leave up to the amount of service he had at the time the leave commenced. In no event

will the aggregate service accumulated while on leave-of-absence exceed an employee's active service credit.

**67** When an employee returns from a leave-of-absence, the employee shall be reinstated in accordance with the employee's seniority if he is qualified to perform satisfactorily. There shall be no loss of seniority due to any leave-of-absence and seniority shall be accumulated during such leave-of-absence.

**68** If such leaves be proven to have been obtained through fraud or misrepresentation, all seniority rights shall be forfeited.

**69** A leave-of-absence shall be defined as an absence which is given written approval by the Employer and for a definite and specific period of time.  The Employer and Union will comply with the terms and conditions of the Family Medical Leave Act.

## ARTICLE X

### Foremen and Supervisors

**70** The Employer reserves the right to select whom it pleases as foremen and supervisors in the operation of its plant. In the event of curtailment of operations, any such foreman or supervisor may be reinstated by the Employer to the position in which he was formerly employed, if he maintained a withdrawal card, based upon his seniority. Consistent with the provisions of Paragraph 51.1 of this Agreement, such seniority shall consist of all service credit through the year 1962. Those who became foremen or supervisors after 1962 and prior to June 1, 1988, shall accumulate no seniority after the date they were made foreman or supervisor for the purposes of this section.

**71** Anyone promoted from the Bargaining Unit to a permanent salaried position after June 1, 1988, shall have 6 months from the date of  such promotion to decide whether or not to return to the Bargaining Unit. If, at the end of such 6 months' period, the promoted employee decides to remain in the salaried position, he forfeits all Union seniority rights.

> A member of the Bargaining Unit may be used as a temporary foreman for a period of not to exceed 6 months in a 12 month period, with no loss of seniority.

> No more than one wage personnel at a time from each job classification shall be moved to a salary position until a qualified operator has been moved to the open position and completely trained.

**72** It is agreed that no foreman or supervisor is to perform work, normally assigned to employees covered by this Agreement, except in cases of emergency or training or relieving employees for necessary personal time.

## ARTICLE XI

### Grievances and Arbitration

**73** In the event an employee considers that he has any grievance, or that any provision of this Agreement has been violated, an earnest effort shall be made by the Grievance Committee or other authorized representative of the Union, to adjust such grievance as quickly as possible.

**74** It is understood and agreed that any employee having a grievance against the Employer shall have the same presented in writing to the Grievance Committee or other authorized representative of the Union. Nothing in this Article shall prevent an employee from presenting his written grievance directly to the Employer but the Employer will afford the Union an opportunity to have a representative present at the adjustment of such grievance.

**75** Within seven days of the alleged cause, a joint meeting between the Union, the Supervisor and the Department Manager may be requested by the Union. If the grievance is not satisfactorily resolved at such meeting, it may be reduced to writing and referred within seven days of the joint meeting (or within 14 days of the alleged cause if no joint meeting was conducted) by the department representative to the Supervisor who shall give a written reply within 14 days. If this fails to produce a satisfactory settlement, the matter may be referred to a joint Management/Union meeting. If the grievance is not satisfactorily resolved at the joint Management/Union meeting, the matter may be referred to arbitration. The arbitrator shall be selected from an acceptable list obtained from the Federal Mediation and Conciliation Service or Retired Judges, Mediation and Arbitration, by mutual agreement between the Company and Union. The arbitrator's decision shall be rendered within 30 days from the hearing and shall be final and binding on the parties. All expenses incurred through the use of the impartial arbitrator shall be borne equally by the Union and the Employer.

**76** Any grievance arising over the discharge of an employee may be submitted directly to the Human Resources Manager who will meet with the Union Grievance Committee prior to issuing an answer.

**77** The various time limits imposed in this Article may be extended for a reasonable and specific time by mutual agreement of the Union and the Employer.

**78** The presence of the aggrieved employee, or any other material witness, may be required at any meeting in any of the steps outlined herein upon request of the Union or the Employer.

**79** Union members and agents will limit the conduct of union affairs on company property to the handling of employee problems and grievances and to attendance at official union meetings with management. When the handling of a problem or grievance in his department requires the attention of the Steward employed in that department, during his shift hours, his supervisor will, at his request arrange as promptly as practical for his relief from his job for a reasonable period. (See MOA beginning at paragraph 118)

**80** The impartial arbitrator may act on grievances arising over the interpretation or application of the provisions of this Agreement but shall neither add to nor subtract from any of the provisions.

## ARTICLE XII

### Vacations

**81** Consistent with the provisions of Paragraph 51.1 of this Agreement with respect to the recognition of prior service with BFG for seniority and service purposes, an employee who meets the service requirements between December 31 of the year immediately preceding the vacation year and December 31 of the vacation year, both dates inclusive, shall thereupon become eligible for vacation subject to the provisions stated herein under the following program:

1. An employee with one (1) or more years of Employer service credit shall receive two (2) weeks of vacation with pay of  eighty (80) hours at his regular hourly rate.

2. An employee with five (5) or more years of Employer service credit shall receive three (3) weeks of vacation with pay of one hundred twenty (120) hours at his regular hourly rate.

3. An employee with fifteen (15) or more years of Employer service credit shall receive four (4) weeks of vacation with pay of one hundred sixty (160) hours at his regular hourly rate.

4. An employee with twenty (20) or more years of Employer service credit shall receive five (5) weeks of vacation with pay of two hundred (200) hours at his regular hourly rate.

5. An employee with twenty-five (25) or more years of Employer service credit shall receive six (6) weeks of vacation with pay of two hundred forty (240) hours at his regular hourly rate.

6. Except for employees retiring during the vacation year no employee may elect to receive pay in lieu of vacation for more than one of the weeks to which he is entitled. Such choice shall be made by the employee advising his supervisor during the vacation scheduling period of October through January. Payment in lieu of vacation shall be made during February of the vacation year.

7. The Employer may schedule a summer shutdown in June of each year of up to one week. Any such shutdown will be announced as early as possible in the vacation scheduling period,  but no later than October 31 of the preceding year. Employees shall be required to schedule one week of their vacation during the shutdown, unless they are pre-scheduled to work. An earnest effort will be made to notify employees of such shutdowns as early as possible in the vacation scheduling period.

**82** The vacation year shall be the calendar year. The vacation week shall be the calendar week and vacation pay shall not be allowed for periods of less than a full week of vacation absence. Daily vacation may be scheduled during the vacation scheduling period at which time requests will be honored on a seniority basis.  Days not filled during the vacation scheduling period may be taken with prior request made of  the supervisor who will honor first requests first for the maximum allowable. For any department containing a minimum of 8 members of the bargaining unit (Local 72D), a maximum of two (2) Bank Days may be allowed per department per day, as long as they occur in separate job classifications.  Up to two weeks of bank days will be granted for those employees with 3 or more weeks of vacation earned for the year.  The minimum in each department shall be no less than 1 person per day and for not more than 5 days per week.

**82.1** Any vacation pay due for a vacation scheduled during a layoff will be paid either before or after the layoff, at the Company's discretion.

**82.2** All support services, Lagger and straight day shift workers shall be allowed three weeks which may be taken on daily basis or in half day increments by prior request made of the supervisor who will honor first request first.

**83** Senior employees are to receive their choice of vacation periods if they so request during the vacation scheduling period and on the vacation scheduling lists in their departments. Vacation scheduling will be started no earlier than October 1 and completed no later than January 31, of the vacation year, and any employee who has not requested a preferred vacation period by that date will be assigned a period by the Employer. No employee, however, will be required to take a vacation in January or February but may do so by choice. These schedules shall remain unchanged except in cases of  layoffs or transfer to other vacation groups and except by mutual agreement between the Employer and the employee:

1. An employee curtailed to a new vacation group shall have the option of retaining his present vacation or selecting from those vacation weeks then open and available in his new vacation group.

2. An employee who transfers to a new vacation group, or who returns to a previous vacation group, shall have a choice of only those vacation weeks then open and available. If no vacation weeks are open and available he shall be assigned the vacation period scheduled for him in his last vacation group.

3. An employee and the Employer may mutually agree to change a scheduled vacation. These changes will be permitted, however, only for vacation weeks not filled during the vacation scheduling period.

4.  When an employee receives the vacation list they will have a maximum of 4 days to return the list to their supervisor.  If they go beyond the 4 day requirement the list shall be forwarded to the next employee on the list.

**84** When a vacation week is open and available the Employer will: Notify Highest ranking Zeon Union official who shall:

(a) Post said opening(s) as soon as possible for a period of seven days and return posting to company who shall:

(b) Give it to the senior employee in the same classification and department who applies for it within the posting period.

**85** A summer vacation week shall be considered as a calendar week which begins or ends in June, July or August.

**85.1** When a week which includes the Christmas Eve or Christmas Day holiday is open and available, or when either of those days, singularly is open and available, the Employer will:

(a) Post said opening(s) as soon as possible for a period of seven days and

(b) Give it to the senior employee in the same classification and department who

(c) Applies for it within the posting period.

**86**   Vacation schedules shall not be changed except for purposes of fulfilling paragraphs 81.7, 83.1, 83.2, 83.3, 85.

**87** An employee will not be permitted to take a vacation which has not commenced on or before December 31 of the vacation year. (An employee must work his last scheduled work day in the current year in order to qualify for the next year's vacation.)

**88**   An employee who is absent from work on his vacation qualifying date because of illness, injury, leave of absence or other personal reasons, will qualify for vacation only upon his return to work during the vacation year.

**89** An employee who is laid off before vacation qualifying date, and recall occurs without a break in his Employer service credit on or after his qualifying date and prior to October 1 of any year, will qualify for that year's vacation forty-five (45) days after his return from recall. An employee meeting the above requirements but recalled on or after October 1 of any year shall be paid vacation pay based upon his regular hourly rate.

**90** An employee who retires in accordance with the Employer's retirement program without having returned to work from a sick or injury absence which began the calendar year next preceding the calendar year in which his retirement occurs, shall be paid vacation pay based upon his regular hourly rate.

**91** An employee who dies or who retires in accordance with the Employer's retirement program, will be allowed vacation pay based upon his regular hourly rate for the current calendar year.

**92**   Any employee who is terminated for any reason, except discharge for theft of Employer property or property of another employee, after completing one year's service with the Employer shall receive his vacation pay for any untaken vacation due him.

**93** An employee who is on vacation December 31 may combine the current and following year's vacation into one continuous period if he requests and work schedules will permit.

**94**   Employees who are required to attend military training activities shall be permitted to choose their vacation periods to coincide with such training periods if they desire. Those weeks so granted for combined vacation and military training shall not affect the allotment of  vacation periods for other employees.

## <u>ARTICLE XIII</u>

### Occupational Disability Pay

**95** An employee, having one or more months continuous Employer service, will receive occupational disability payments for absence due to injury or illness compensable under the Workers' Compensation Law of Kentucky, subject to the following terms:

1. The Employer will pay the employee a weekly amount equal to the difference between the employee's straight-time rate and the Workers' Compensation payment.

2. Disability payments shall not be made for a partial week, however if the disability continues for seven days, payment shall be made from the first day of disability and in no event for a period longer than forty weeks.

3. The Employer shall not make such payment if the employee does not comply satisfactorily with the written instructions of the Employer's Medical Department.

4. Such payment shall not be made if it is determined to the Employer's satisfaction that the employee's disability resulted from the employee's negligence or violation of safety rules or practices.

## **ARTICLE XIV**

### **Jury Pay**

**96** An employee, having one or more months' continuous Employer service, as computed in accordance with the provisions of Paragraph 51 of this Agreement, who is excused from work because of being called for jury duty or when subpoenaed as a witness, shall be paid the difference, between his straight-time rate and the amount paid him for jury duty (excluding expense money given to the employee by the Court), subject to the following conditions:

1. The employee must furnish the Employer adequate proof of such jury duty. Such proof shall be from the court and shall show the date and time served, hour of dismissal, and the amount paid to the employee.

2. An employee called for jury duty or subpoenaed as a witness who is temporarily excused from attendance at court must report for work if sufficient time remains after such excuse to permit him to report to the plant and work at least half of his scheduled shift. If the Company requests an employee to testify in a  legal proceeding, the Company will pay for the hours spent

3. The hours thus paid for but not worked shall not be used in computing any other payments.

4. An employee who is scheduled to work a 12:00 a.m.- 8:00 a.m. shift when called for jury duty will be assigned to the day shift for the day(s) and balance of the week that they are actually designated to appear for jury duty if he makes such a request of his supervisor.  An employee on the 4:00 p.m.-12:00 a.m. shift when called for jury duty will not be required to report to work on day(s) they are required to report for jury duty and will receive his straight-time rate for the hours missed if he makes such a request of his supervisor.

5. An employee who is called for jury duty during a week previously scheduled as vacation shall be allowed to re-schedule his vacation providing there is a week open and available in his vacation group and if he makes a request for such selection of his supervisor prior to such scheduled vacation week.

## ARTICLE XV

**Funeral Pay**

**97** An employee having one or more months' continuous Employer service, who is excused from work because of death in his immediate family, shall be paid his straight-time rate of pay for his scheduled working hours, if any, during three consecutive calendar days which must include either the day of death or the day of the funeral, subject to the following conditions:

> 1. The hours thus paid for but not worked shall not be used in computing any other payments.

> 2. Notice of such death shall be given by the employee to his supervisor as soon as possible.

> 3. Immediate family shall include only the employee's spouse, child (including stepchild), parent (including step-parent), sister, brother mother-in-law, father-in-law, grandchild, grandparent, son-in-law, daughter-in-law, brother-in-law, sister-in-law, and other dependents living in the employee's household.

> 4. No more than three days pay will be given should, more than one death occur in the immediate family on a given day.   However, should other deaths occur in the immediate family while the employee is on an excused funeral absence, that absence may be extended and payment will be made for the scheduled working hours so missed if the conditions of  the other provisions of this article are met.

> 5. No pay allowance shall be granted in cases, where, because of distance or other cause, the employee does not attend the funeral of the deceased.

> 6. Should death occur in the immediate  family during an employee's scheduled vacation, such paid vacation shall be  extended for three scheduled work days when requested of his supervisor.  Should death occur in the immediate family on an employee's scheduled Bank Day, such Bank Day may be rescheduled  if requested of the employee's supervisor.

## ARTICLE XVI

**Military Makeup Pay**

**98** An employee who is a member of a reserve component of the Armed Forces, and is required to enter active annual training duty shall, if he suffers a loss of earnings because of such training, be paid the difference between the amount of military pay and his regular straight-time weekly earnings up to a maximum period of two weeks in any calendar year. Such earnings shall be calculated by multiplying his hourly rate times forty hours.

## **ARTICLE XVII**

### **Safety and Health**

**99** The Employer will maintain reasonable standards of sanitation and safety in its plant and will furnish protective devices and equipment wherever necessary to protect employees on abnormally hazardous jobs.

**100** The Employer will comply with all applicable State and Federal health and safety regulations or codes, and such regulations or codes shall represent the minimum acceptable standards.

**101** Employees shall be required to utilize all such protective devices and equipment in the manner prescribed and will cooperate to the best of their ability in the prevention of accidents.

**102** The Employer will reimburse each employee up to $190 annually for the purchase of both safety shoes and towels. Original receipts for steel toe shoes and towels must be received by the Safety Engineer during the calendar year in order to receive reimbursement.  The Employer will provide prescription safety glasses annually.  A prescription current within one (1) year is required.

> **102.1** All employees will be furnished twelve (12) pants and twelve (12) shirts with the intent to provide a clean uniform every day if needed.

**103** The Union will lend active cooperation to any reasonable request made by the Employer or assistance in accident prevention programs. Any dispute respecting safety or sanitation or the use of protective devices or equipment will be subject to the grievance procedure.

**104** If it is established that an employee, while doing assigned work and exercising due caution, sustains damage to his glasses, hearing aid, or artificial limb, the Employer will reimburse the employee for the cost of necessary repairs.

**105** A Health and Safety Committee shall be maintained consisting of a minimum of  Employer reprsentatives and  a Local 72D member.   The company shall pay all union members their hourly rate of pay, multiplied by the number of hours spent at the safety meeting.  The Company shall enforce all safety policies and procedures.

> **105.1** The functions of the Health and Safety Committee shall be to facilitate the promotion of sanitation and safety in the plant. The Health and Safety Committee shall meet not less than once per month for the purpose of discussing sanitation and safety problems and will tour the plant periodically to verify that adopted sanitation and safety recommendations have been complied with. Union members of the Health and Safety Committee will be paid for such meetings and plant tours for time lost from their regular scheduled shift. In addition, an employee who is requested by a safety inspector from the Office of Occupational Safety and Health Administration and is designated by the Union President to accompany the inspector on an inspection tour (other than one caused by an employee complaint) will be paid for time lost from his regular scheduled shift as a result of such plant inspection. Such compensation shall include night shift differential for the hours lost from his regular shift in the period for which night shift differential payment is applicable.

**106** When an employee is assigned to work on a job with which he is unfamiliar, he will be instructed as to the handling of any hazards on the job.

23

**107** The Employer will continue to develop information necessary to identify hazardous materials used in the manufacturing processes.

> **107.1** Where recognized hazardous materials are used, the Employer will appropriately designate such materials and will establish procedures for the safe use thereof.

> **107.2** Where tests or physical examinations of employees are required in connection with the use of hazardous materials, the employees affected will be advised of the reason for such tests or examinations. Employees so tested or examined and exhibiting abnormal results based on such tests or examinations shall be advised of the results. Also, upon request of any employee so tested or examined, the results of such tests and examinations will be made available to him.

> **107.3** The Health and Safety Committee upon request will be informed of the materials used in the plant for which such tests or physical examinations of employees are required as described in 107.2 and the reason for such tests or examinations. The Health and Safety Committee will, upon request, be informed of the prescribed handling procedures for such materials.

> **107.4** The Union agrees to respect the confidential nature of information furnished under this Article pertaining to materials or manufacturing processes. Such information will not be disclosed to any party not directly concerned with the administration of this Agreement.

**108** The Employer shall review with the Health and Safety Committee the reports of any plant safety and health inspections by State or Federal agencies.

**109** Upon request, the Employer shall review with the Health and Safety Committee the findings of the Employer's plant safety and health inspections.

<u>**Article XVIII**</u>

**Condition of Employment**

**110** Compliance with all elements of the Company's Substance Abuse Policy is a condition of employment.  Failure or refusal of an employee to comply with the prohibitions set forth in this Agreement, to cooperate fully with all testing procedures, to sign any required document, to submit to any test or to undergo mandatory rehabilitation will result in termination.  Nothing in this Agreement alters or otherwise modifies the terms of the Collective Bargaining Agreement.  To the extent permitted by federal, state and local law, there are six types of testing which will be employed: pre-employment, post-accident, reasonable suspicion, post rehabilitation, return to work and random drug testing. Refusal to consent to a required test shall constitute a violation of this policy. Discipline for any violation of this policy will be severe up to and including termination for the first violation.

## ARTICLE XIX

### Specific Conditions

**111** The Employer agrees to make an earnest effort not to require operators to do other than their normal maintenance work during their regular operating shift unless an emergency arises.

**112** Any employee who is directed by the Employer to report to the Employer's doctor for occupational illness or any injury received while at work will be paid his regular rate of pay while making such visit, if such visit is required during his working hours.

**113** All employees engaged in continuous operations, as well as continuous or extended maintenance, are to remain on the job until properly relieved, with the further understanding that the Employer will make an earnest effort for relief upon request.

**114** The Employer will provide a bulletin board at the central clock alley for the exclusive purpose of posting Union notices. Such notices shall be restricted to:

    1. Notices of Union meetings.

    2. Notices of Union elections and votes.

    3. Notices of Union recreational and  social affairs.

    4. Such other notices as may be agreed to by  the Personnel Manager and the Union

**115** The President of the Union, or a Union officer or committee member designated by the Union, shall be given a day-shift assignment if he so chooses. Upon election of such assignment, his "regular job" will be filled temporarily. In the event the aforementioned officer successfully bids, consistent with all provisions of this agreement, the incumbent working temporarily in his former regular job will be declared permanent. If the job to which he successfully bids is other than a Monday-through-Friday day-shift assignment, the position will be filled temporarily until the Union official can physically transfer to the position. It is understood that a Union officer whose physical transfer is delayed will not be required to serve any progression period until the physical move occurs.

## ARTICLE XX

### Duration of Agreement

**116** This Agreement shall continue in full force and effect until and including October 11, 2017, and shall continue in effect for two year periods thereafter unless either party shall give to the other a written notice of intention to terminate or modify such Agreement. Such notice shall be given at least sixty days, but not more than seventy-five days, prior to October 11, 2017, or prior to the end of any two year extension period. In the event of such written notice of intention to modify or terminate such Agreement the parties shall meet as soon as possible thereafter for the purpose of negotiating such modifications or a new Agreement.

**117**  In the event any provision of this Agreement is held to be in conflict with or violate any State or federal statute shall govern and prevail, but all provisions of this Agreement not in conflict therewith shall continue in full force and effect.

## MEMORANDUM OF AGREEMENT

**118**  It is understood that when a Steward is relieved from his work to handle problems or grievance as provided in Article XI, paragraph 79, there will be no deduction from his pay for such relief periods provided any such period does not exceed fifteen minutes and that such relief is not requested with undue frequency. If it is felt that any Steward is abusing this privilege the International Representative will, upon request of the Personnel Manager, cooperate in the correction of such abuse.

**119**  All disciplinary notations on an employee's record will be made in his presence. The employee may, at that time, request the presence of the Steward employed in his department according to Article XI paragraph 79 covering the handling of problems.

**120**  An employee may sign any disciplinary notation written on his personnel record card as indication that he has read it and will be given a copy of such notification as soon as possible after the incident on a form to be provided by the Employer for that purpose. The employee may indicate the notation is signed under protest if he chooses. Other than disciplinary notations for suspensions of 10 days or more and disqualifications, both of which shall remain in the employee's files permanently, all other notations in an employee's work record will be removed if the employee has had 3 years of performance without receiving any disciplinary action of any kind. The Company agrees to review anomalies in an individual's work record if requested.

**121**  The present practice, with respect to lunch periods, breaks and personal time, will be continued for the duration of this Agreement. It is also agreed that no employee will be required to take a lunch break earlier than three hours nor later than five hours after the start of his shift.

**122**  Employees may clock out, when properly relieved, provided they do not leave their workplaces earlier than five minutes before the end of their shift. It is agreed that those who violate the provision are subject to discipline up to and including dismissal.

**123**  A Chemical Operator who is temporarily promoted to Relief Operator will be returned to his former job at his former rate at the end of the temporary period.

**124**  Employees in the proper classification as covered by this Agreement will be assigned all loading and unloading of finished goods and raw materials at the Employer's docks.

**125**  Employees who may be loaned temporarily by one department to another department will be chosen in seniority order.

**126**  Any employee who is scheduled to relieve a 12-8 shift vacation on Sunday immediately following a 4-12 shift vacation relief on Saturday shall receive an additional payment of four hours at his straight-time rate.

**127**  Employees who are scheduled to attend fire training classes on an off shift basis will be given four hours pay at their straight time rate or the premium rate for the time so spent whichever is greater.

**128** An employee who is promoted from one job to another will receive the appropriate rate of the higher job regardless of whether or not any training is required.

**129** An employee with more than two years of continuous Employer service who is permanently restricted by the Employer's Medical Department from performing his assigned job due to an occupational or non-occupational injury or illness and who is able to perform the duties of other jobs in the plant, as determined by the Employer Medical Department, will be extended the rights of a curtailed employee as defined in Paragraph 57. If he does not accept these rights, he may apply for disability benefits.

**130** An employee shall not be permitted to work more than 16 hours in a 24-hour period. Exceptions will be permitted only with respect to attendance at regular safety meetings and serious emergency situations.

**131** An employee who transfers or is transferred from this bargaining unit to another bargaining unit existing on the date of the signing of this Agreement at this plant may be moved to the new bargaining unit at management's discretion.  Should on call coverage be required to fill this created vacancy, the on call disciplinary action will be waived until the original position has been filled with a qualified operator who has been moved to the open position and is completely trained. Subseqent moves within the bargaining unit are not included for waived on call disciplinary action. Any employee returning to this bargaining unit shall be reinstated to the bottom of the seniority list.

**132** The Employer will pay for and print this labor Agreement and a booklet on benefit programs and will make an earnest effort within 120 days from the day the contract is ratified October 12th of the bargaining year to print and furnish the Union with copies for all members. The print shall be no smaller than a # 10 printing case with a 10.6 spacing between lines.

**133** A high school education will not be required in order to qualify for promotion.

**134** The Employer will provide a shelter for the sandblasting area.

**135** The Employer agrees that when the butadiene scrubber is dumped and recharged a member of this bargaining unit will accompany and work under the direction of a management employee in the performance of this task.  (See Side Letter.)

**136** It is not the intention of the Employer to lay off employees and subsequently contract to an outside vendor the work those employees were performing.

**137** The employer may use temporary or contract help to help cover short term needs for labor created by surges in production demand, leaves of absence, injuries, illness, training or other considerations.  Temporary help shall not be assigned to straight day positions, Monday through Friday.  Temporary help is limited to 16 weeks per occurrences/replacement.  This exercise will not cause a temporary or permanent layoff of bargaining unit employees.  Employer may use temporary help not to exceed 20% of the then current bargaining unit (Local 72D). Employees currently on layoff status will be given first right of refusal for temporary work without loss of recall rights as defined in Article 7.  Retirees who fill in as temporaries will be paid top chemical operator rate.  All others will be paid starting rate of $19.85.  Extended leave of absences for day work jobs will be posted as temporary.

27

**138** When there is a vacancy for a summer temporary, straight day shift position, the vacancy will be posted on the Central Bulletin Board. The provisions that apply to regular job postings will apply in this situation except that the vacancy created by the successful bidder's move will be filled on a temporary basis.

**139** In cases where an employee is called-in on overtime during an off shift to do a specific job which is as highly rated as his regular job, but the job for which he is called is not available when he arrives, the employee will be paid his regular rate of pay with the appropriate premium for time worked on an assignment to a job which is lower rated than his regular job.

**140** Zeon agrees that except for layoffs due to Acts of God/Force Majeure, there shall not be any layoffs of any member of the employee complement hired prior to the settlement of the 1991 collective bargaining agreement between Zeon and your Union.  As a condition of this commitment, Zeon shall have the right to require employees to perform maintenance and support work, including but not limited to cleaning equipment in preparation for painting, within Local 72's jurisdiction, during those times when Zeon's production needs do not require the use of all unit employees in regular production work.  This "no layoff" commitment shall only remain in effect through the term of the parties' current agreement (October 12, 2004 through October 11, 2009). *If contract is ratified on the first ratification vote, the 22 most senior Local 72D members will be granted no layoff protection as is outlined in paragraph 140 until October 12, 2011, after which this protection will expire.

**141** Under the Substance Abuse Program, it is agreed that discipline will only be imposed for reasonable and just cause, and it is further agreed that any dispute arising under this program, concerning either the testing or any disciplinary action resulting from the testing, shall be subject to the grievance and arbitration procedures set forth in Article XI of the collective bargaining agreement except as is outlined in paragraphs 110 and the Drug and Alcohol Policy.

**142** All substance abuse testing will be obtained and processed in accordance with the Department of Health and Human Services  guidelines and DOT look-alike chain of custody.

**143** During negotiation of the current collective bargaining agreement, the Company and Local 72D discussed the creation of a Support Service Department and reached the following understanding.

A Support Service Department (SSD) will be formed by combining the existing Service, Stockroom, Tank Farm, Warehousing Departments and Helper classification. The job assignments in the SSD will be as follows:

· Tank Farm
· Receiving
· Stockroom (top Union official)* intent changed 10-09
· Dock
· Pool

Incidental work related to the setup of lights, ladders and exhuast equipment for waterblasting will be subcontracted on the off-shift.  There will be no reduction in Support Services related to subcontracting of incidental work for waterblasting.

The current employees in the Tank Farm and Receiving assignments will remain in their current positions since it is not anticipated that their duties are significantly changed.

28

Any chemical operator, relief operator or lagger will be assigned temporarily in the Stockroom position at management's discretion.  They must know the basics of receiving and checking items into SAP.

The Dock and Pool assignments will be initially filled by the senior employees in the Service Department, Warehousing Department and Helper classification. The employees who choose not to stay or are curtailed from this department will be given their full curtailment rights. Also, those employees who are curtailed from this department will have recall rights to the Support Service Department.  Vacations and Leave-Of-Absence in the SSD will be covered by the Pool assignment who will be trained on those jobs. If a Leave-Of-Absence cannot be covered by the Support Service operators, then a temporary job will be posted on the Central Bulletin Board per the Job Posting Procedure.

Production employees may be utilized to perform minor maintenance on day work as currently agreed to on off-shifts.

**144** The Employer shall make available health care insurance to the employees covered by this Agreement to the same extent and in the same manner as is available to other employees of the Employer.  The Employer retains the right to make changes to the health care insurance plan it offers provided the changes are the same for all employees.  The Employer will notify the Union of and discuss with the Union changes prior to making the change.  If the Company's cost of providing health insurance increases more than five (5) percent in a plan year, the additional cost may be shared between Employer and employee.  The employee portion will not exceed a maximum of fifty (50) percent of the amount over five (5) percent.

Zeon Kentucky will extend retiree medical benefits, as provided to the initial employee complement, to employees hired prior to July 1, 2001.  Should any federal or state healthcare mandates implemented during the term of this Agreement declare the foregoing provision unlawful, Zeon will comply with this mandate.

**145** IAP will be awarded based on profitability of KY plant and achievement of plant-based goals rather than overall Company profitability.  Should the Kentucky Plant not make a profit in the IAP year, no IAP bonus will be granted to members covered by this collective bargaining agreement.

**146** Pension: Upon ratification of the October 2012 labor agreement between Zeon Chemicals L. P. and United Food and Commercial Workers Union Local 72D, both parties agree that the employees' accrued benefits, service, and multiplier in the Zeon Chemicals L.P. Wage Employees' Pension Plan will freeze (freeze = no longer increase) as of December 31, 2018.

## MEMORANDUM OF UNDERSTANDING

THIS **MEMORANDUM OF UNDERSTANDING** is entered into this _14ᵗʰ_ day of _July_ 2015, by and between ZEON CHEMICALS L.P. (Company), and UFCW, LOCAL 72-D (Union).

The Company and the Union are parties to a Collective Bargaining Agreement with a term of October 12, 2012 through October 11, 2015. This Memorandum of Understanding is entered into between the parties for the sole purpose of reaching an understanding with regards to Section 142.1 of that Agreement, and this Memorandum of Understanding shall not affect or modify any provision of the Collective Bargaining Agreement except as specifically set forth herein.

Under the terms of Section 142.1, the accrued benefits, service, and multiplier in the Zeon Chemicals L.P. Wage Employees' Pension Plan (Pension Plan), a defined benefit plan, for the employees represented by the Union and covered by the Collective Bargaining Agreement, will freeze as of December 31, 2018. However, the parties recognize that Federal law and IRS regulations may require the Pension Plan to be frozen prior to December 31, 2018. The parties agree that a freeze date prior to December 31, 2018 will prevent increases in accrued benefits, service, and multiplier through December 31, 2018, as detailed in Section 142.1. The parties therefore agree to modify Section 142.1 as follows:

1.  The Pension Plan shall terminate as of December 31, 2015, or on such earlier date if feasible. Notwithstanding the early termination dates set out in the preceding sentence, when the Union and all other unions whose members are participants in the Pension Plan agree to this proposed modification, the Company shall apply, effective as of December 31, 2015, three (3) years of additional pension service credit, for benefit and early retirement reduction purposes, to those employees who are both participants in the Pension Plan and are an active employee of the Company as of the date of termination and on December 31, 2015, but in no event later than December 31, 2015.

2.  The modification of the freeze date of the Pension Plan, or the termination date of the Pension Plan as set forth in paragraph 1 above, shall not affect any other provision of the Collective Bargaining Agreement, which shall otherwise remain in full force and effect.

3.  Attached Exhibits A and B are examples of how the intended modification shall change the benefits to be enjoyed by members of the Union subsequent to the termination of the Pension Plan.

In consideration of the foregoing, the Union will not object to or grieve the Company decision to terminate the Pension Plan or the change the freeze date. This Memorandum of Understanding will not become effective until all labor organizations whose members are Pension Plan participants execute this or a copy of this Memorandum of Understanding.

Agreed this day 14 th, July, 2015:

_____        7-14-15
For the Union:  Anthony Stivers          Date

_____        7/14/15
For Zeon Chemicals:  Barbara Swartz      Date

2

31

**147** 401(k)

- Effective **January 1, 2013,** the following enhancements will be made to The Zeon Chemicals L.P. Savings Plan for Wage Employees.

    - All Zeon union employees will receive **100%** match on deferral up to **6**% of pay.

    - **In addition, Zeon union employees will receive an automatic Zeon Contribution to their 401(k) based on:**

        - Group 1: **Pension employees** with 62 points (age + Zeon service (full years) as of December 31, 2012) = **4% base pay.**

        - Group 2: **Pension employees** with less than 62 points but with 10+ years of Zeon service (as of December 31, 2012) = **3% base pay.**

        - Group 3: **Pension employees** with less than 10 years of Zeon service (as of December 31, 2012) = **2% base pay.**

        - Group 4: Employees without a Zeon pension (employees hired or rehired on or after October 12, 2009) will continue to receive a 100% match up to 6% of pay, along with an **increase to 2% base pay** automatic Zeon Contribution.= **2% base pay.**

        - Group 5: Employees hired on or after Oct 12, 2012 will continue to receive 100% match up to 6% of pay, plus the 1% base pay automatic Zeon Contribution.

- Effective January 1, 2014 and each January 1 after, **eligibility for the Groups will be determined based on the employee's years of Zeon service as of the previous December 31** (The day before the Jan 1 date.). As years of Zeon service increases, employees will move through the groups.

        - Group 1: The Jan 1 after completing 20 years of Zeon Service = 4% base pay.

        - Group 2: The Jan 1 after completing 15 years of Zeon Service = 3% base pay.

        - Group 3: The Jan 1 after completing 10 years of Zeon Service = 2% base pay.

        - Group 4: The Jan 1 after completing 5 years of Zeon Service = 2% base pay.

        - Group 5: Up to Jan 1 following the earning of 5 years of Zeon Service = 1% base pay.

        - **Employees currently receiving a higher contribution under the 401(k) Plan will continue to receive that higher contribution.**

- Upon implementation of the **December 31, 2018** pension freeze, **effective January 1, 2019** the **automatic Zeon Contribution will increase to:**

  - Group 1: The Jan 1 after completing 20 years of Zeon Service = 5% base pay.

  - Group 2: The Jan 1 after completing 15 years of Zeon Service = 4% base pay.

  - Group 3: The Jan 1 after completing 10 years of Zeon Service = 3% base pay.

  - Group 4: The Jan 1 after completing 5 years of Zeon Service = 2% base pay.

  - Group 5: Up to Jan 1 following the earning of 5 years of Zeon Service = 1% base pay.

  - Employees currently receiving a higher contribution under the 401(k) Plan at the time of the pension freeze will continue to receive that higher contribution.

**148    Retirement Notice Payment**

If an employee gives notice and completes the proper paperwork he/she would be eligible for various weeks of pay.  See following table for required notification weeks to receive a specific number of weeks' pay.  Giving management time to hire and train to fill the current position.  In the event of unforeseen circumstances the retiring employee will not be eligible for the additional week's pay.

| DAYS NOTICE GIVEN | WEEKS PAID |
|---|---|
| 180 DAYS | 4 WEEKS |
| 120 DAYS | 3 WEEKS |
| 90 DAYS | 2 WEEKS |
|  |  |

**149** All employees will be required to read, sign and adhere to Confidentiality, Anti-Trust, Conflict of Interest, Substance Abuse Policies, Communication Systems and Tobacco-Free Workplace, Rules of Conduct, Corporate Social Responsibility training or any other training that would apply to all Zeon Chemicals LP employees, safety training, PSM and ISO training documentation at the time of contract ratification and annually thereafter.

**150** All employees will be required to attend any workplace training deemed mandatory by the Company.  Training will be scheduled at least 1 week in advance and will be on the clock.  This training will include Human Resources, Safety Training and Quality Training or any other training that would apply to all Zeon Chemicals LP employees.

**151** In the event of plant closure, company will offer severance benefits equal to one week of base pay per year of service up to a minimum of 4 weeks of base pay and a maximum of 10

weeks of base pay.  Employees may continue health care coverage for up to 18 months under the federal law known as COBRA.  A participant will be eligible for 3 months of coverage at the active employee rate, followed by up to 15 additional months at the established COBRA rate. The cost will be the same amount as the active employee monthly premium in effect at any given time. If the employee receives contributions to a HSA from Zeon, they will cease on the date of termination. Zeon's contributions to HSAs are not considered part of the Health Care Plan and are not subject to COBRA.

## LOUISVILLE PLANT WAGE SCHEDULE

### Effective 10/12/2015

| Classification | Start | 30 days after Certification | 1 YR. | 2YR. |
|---|---|---|---|---|
| Chemical Operator Laboratory Technician | $19.85 | $20.95 | $23.14 $ | 27.22 |
| Relief Operator Laboratory Relief Technician | $22.52 | $23.63 | $25.83 | $29.90 |
| Prod/Maintenance Lagger | $22.52 | $23.63 | $25.83 | $29.90 |

### Effective 10/12/2016

| Classification | Start | 30 days after Certification | 1 YR. | 2YR. |
|---|---|---|---|---|
| Chemical Operator Laboratory Technician | $20.25 | $21.37 | $23.60 | $27.76 |
| Relief Operator Laboratory Relief Technician | $22.97 | $24.10 | $26.35 | $30.50 |
| Prod/Maintenance Lagger | $22.97 | $24.10 | $26.35 | $30.50 |

An employee's anniversary date, used to determine eligibility for annual progression wage adjustments, will be delayed by one (1) month for every thirty (30) consecutive days of absence from work for any reason.

The New Hire probationary period will be 9 months from date of hire.  If during this probationary period, the employee fails to perform adequately or satisfactorily to the expectations set forth by supervision, they may be terminated with no opportunity for grievance or arbitration.

**Overtime Rules**

1. The Employer agrees that all overtime shall be equalized as nearly as possible among employees in the separate classifications.

2. Overtime lists shall be maintained in each of the departments and shall be arranged by job classification.

3. The low employees on the overtime list shall have preference.

4. An employee shall not be charged for overtime hours refused outside his classification. An employee shall be charged for all overtime hours worked in any classification.

5. An employee who transfers, for any reason, to another department shall have his overtime hours equalized in that department.

6. If the need for overtime is established prior to two hours before the end of the shift, the complete overtime list will be used to obtain the necessary manpower. If the need for overtime is established within two hours of the end of the shift, those employees then at work will be solicited for the overtime before employees not at work are solicited.

7. When an employee changes jobs, he will remain on the overtime list of his previous job until he qualifies for the overtime list of his new job.

8. An employee shall not be required to work overtime into his vacation period, provided  he has scheduled that vacation period at least 24 hours in advance.

9. If there are circumstances peculiar to an individual area, amendments or additions to these rules shall be by written agreement between the Employer and the Union.

10. The employee on the job is first to be forced over. If unable to work due to the 16-hour limitation, the junior qualified employee will be forced.

11.  No make up opportunities will be given to employees for bypassed overtime due to manipulation of the system.

12.  After the initial overtime is established and called by Operators in the affected department, any additional overtime deemed necessary by the Company shall be called by supervision in that department. If no supervision is on shift, then all overtime shall be called by the Operators in the affected department.

13.  All employees asked for any overtime in their department or outside their department will be charged if they are deemed qualified to work the position they are being offered.

Overtime MOU

In reference to #6 of the Overtime Rules section, this paragraph has been revised due to employee petition to read as follows:

For the 12-hour shift, calling of known overtime shall be done at 8PM for the following day shift (6A shift) and at 12 noon for the 6P shift. The complete overtime list will be used to obtain the necessary manpower.

All other overtime rules remain in full force and effect.  The parties agree that this process will be trialed for a period of one year to insure its effectiveness.

For Zeon:                                            For UFCW:

_____ 11/16/15     _____  11-16-15
Barbara J. Swartz           Date          Anthony Stivers           Date

**Zeon Chemicals L.P.**

<u>12 Hour Shift Guidelines</u>
**10/7/15**



At the recent request of Local 72D and with mutual interest from Zeon Chemicals Management, the two parties have jointly drafted the following 12 hour shift proposal. All language in this document should be understood to apply to 12 hour shifts only, unless otherwise stated. It is not the intention of the Company or Local 72D to alter the current shift structures or contract language for those not working 12 hour shifts.

*A.  Shift Guidelines*

1.      The Company is willing to honor the following 12 hour shift proposal, as long as the new shift schedule does not adversely affect the KY Plant operations. Operating costs, productivity, and efficiency of the KY Plant must continue to improve in order to offset any incremental increase to base costs associated with the change in 12 hour shifts. In addition, our safety performance must be maintained, if not improved, in the new shift schedule. If the operation of the KY Plant is adversely affected for any of the above reasons or for any reason not anticipated at present, the Company reserves the right to cancel the 12 hour shift rotation.

2.      The new shift schedule must comply with applicable federal and state laws.

*B.  <u>Eligible Jobs</u>*

1.      The only jobs eligible for the 12 hour shift proposed are 7-day, 24 hour rotating jobs, with at least 4 qualified operators. This currently includes the following:

| Department | Job Description | Total Operators |
|---|---|---|
| Poly (2310) | Inside/Outside Operator (B-131) | 8 |
| Poly (2310) | Pigment/Recovery Operator (B-130/B-125) | 8 |
| Drying (2312) | Wet End Operator (B-122) | 8 |
| Drying (2312) | Finishing Team Operator (B-122) | 16 |
| Drying (2312) | Spray Dryer Operator (B-132) | 8 |
| Lab (2320) | Lab Operator | 4 |
| Poly (2310) | ACM Charging (B-131) | 4* |

*ACM Charging and Inside/Outside Operators will be cross-trained and rotate together in a 12-person rotation.

2.    A future phase of this 12 hour shift schedule may include cross training, in order to more effectively provide vacancy coverage and increase the number of eligible jobs for the 12 hour shifts. Any future phase will be in compliance with the Collective Bargaining Agreement and will be subject to the Grievance process.

C. *12 Hour Schedule vs Current 8 Hour Schedule*

| SCHEDULE | | Scheduled HR Worked | Total Paid HR's | O.T.HR's Paid | Sunday Premium HR's Paid |
|---|---|---|---|---|---|
| 8 Hour Week | Week #1 | 40 | 40 | 0 | 0 |
| | Week #2 | 48 | 56 | 4 | 4 |
| | Week #3 | 40 | 44 | 0 | 4 |
| | Week #4 | 40 | 44 | 0 | 4 |
| | Total | 168 | 184 | 4 | 12 |
| | Avg / WK | 42 | 46 | 1 | 3 |
| | | | | | |
| 12 Hour Week | Week #1 | 48 | 52 | 12 | 0 |
| | Week #2 | 36 | 42 | 0 | 6 |
| | Week #3 | 48 | 54 | 0 | 6 |
| | Week #4 | 36 | 36 | 0 | 0 |
| | Total | 168 | 184 | 12 | 12 |
| | Avg / WK | 42 | 46 | 3 | 3 |

Upon approval for the implementation of a 12 hour shift schedule the Chemical Operators in the affected job will follow a shift rotation of 6 AM to 6 PM and 6 PM to 6 AM.

For those operators working the 12 hour shift schedule, a 10-minute break will be allowed for each 4-hour segment of the 12 hour shift, resulting in a total of three 10-minute breaks per shift.  One lunch break will be provided per 12 hour shift between the fourth and eighth hour of the shift.


D. *Pay Provision Comparisons*

8 Hour Schedule

12 Hour Schedule

  1.  Base Rate

  1.  Base Rate

The normal hourly pay rate
not including shift differential
or overtime.

SAME

  2.  On Call

  2.  On Call

None

Situation in which an employee is
notified after having left the
KY  Plant to report to work prior to
his next scheduled shift.


  3.  Premium Pay

  3.  Premium Pay

Inconvenience pay (in addition

SAME

to base rate) for hour worked.
Example:  Shift differential,
Sunday premium.

4.  Regular Rate

Base rate plus shift differential.

5.  Regular Work Schedule

Eight consecutive hours of
ork on each of five work
days in the work week.

6.  Shift Differential

Additional hourly pay for work
performed on the first and third
shifts.

7.  Work Day

Twenty-four consecutive hours
beginning at midnight.

8.  Work Increments

One-tenth of an hour (6 minutes).

9.  Work Week

Seven consecutive days
beginning at 6 AM on Monday.

10.  Overtime Pay

a.  Pay 1 ½  times the regular rate
 for all hours worked in excess of
of eight within any period of 24
consecutive hours or in excess of
40 hours in any one work week,
whichever is greater.

b. Pay 1 ½ times for work outside

---

4.  Regular Rate

SAME

5.  Regular Work Schedule

Twelve consecutive hours
of work on each of three or
four work days in a work
week.

6.  Shift Differential

Additional  hourly pay  for
work performed on the 6
PM to 6AM shift.

7.  Work Day

Twenty-four    consecutive
Hours beginning at 6 AM.

8.  Work Increments

SAME

9.  Work Week

Seven consecutive days
beginning  at  6  AM  on
Monday.

10.  Overtime Pay

a.  Pay 1 ½ times the
regular rate for all hours
worked in excess
12 within any period of 24
consecutive hours or in
excess of 40 hours in
any one work week,
whichever is greater.

b.  For Weeks #2 & #4,

the regular schedule when notified of such work after leaving the KY Plant.

employees will receive 1 ½ times the regular rate of pay for any hours worked over the regularly scheduled 36 hours.

11.  Sunday Pay

Pay 1 ½ times the employee's regular rate will be paid for all hours worked on Sunday.

11.  Sunday Pay

SAME

12.  Holiday Pay

a.  Pay 2 ½ times the employee's regular rate will be paid for hours worked.

12.  Holiday Pay

a.  Pay 2 ½ times the employee's regular rate 8 hours plus 1½ times the regular rate for four hours

b.  Straight time pay for 8 hours for scheduled off holidays.

b.  Straight time pay for 8 hours for scheduled off holidays.

c.  Pay 2 ½ times the employee's regular rate will be paid for overtime hours worked.

c.  Pay 2 ½ times the employee's regular rate will be paid for hours worked over and above the 12 hours scheduled.

13.  Shift Differential

$0.35 for 4-12 Shift
$0.45 for 12-8 Shift

13.  Shift Differential

$0.70 for Night Shift

14.  Scheduled Off-Day Pay Pay
Overtime pay for 8 hours of work on one scheduled off day per month.

14.   Scheduled  Overtime

Pay for 8 additional hours at 1 ½ times the regular rate for Week #1 only when all 40 hours of straight time have been worked.

## E.  Shift Coverage

1.      Chemical Operators will be considered "On Call" during certain off days according to the 12 hour shift schedule proposed.

2. Chemical Operators who are "On Call" will be <u>required</u> to be available by telephone during the two hour period (4AM to 6AM) from prior to the day work shift and during the two hour period (4PM to 6PM) prior to the evening shift. Chemical Operators who are "On Call" for a given calendar day are responsible for being available by telephone during both two hour periods and if needed, are <u>responsible</u> for covering either the day work or evening shifts which start on that calendar day.  The only exception to this is when two operators are "On Call" for the same day due to shift transition restrictions and the 16 hour maximum rule.  In these cases, one operator is "On Call" for the day work shift, while another is "On Call" for the evening shift.  This is all predefined by the proposed 12 hour shift schedule.

3. If an "On Call" Operator is called during one of the two hour periods outlined above, the Operator is responsible for covering the next 12 hour shift.  If an "On Call" Operator is called within the first 30 minutes of the 2-hour period outlined above, then the "On Call" Operator will be expected to report on time for the assigned job.  If an "On Call" Operator is called after the first 30 minutes of the 2-hour period outlined above, a maximum grace period of 2 hours will be allowed for the "On Call" Operator to report to work and still be considered on time.  Under the Collective Bargaining Agreement, Local 72 is charged with the responsibility of covering all Local 72 jobs.  The Company reserves the right to cancel the 12 hour shift if Local 72 cannot cover the available jobs.  If Local 72D cannot cover the available jobs due to an extended Leave of Absence or vacancies created by staffing issues, then the Company agrees to meet with Local 72D to discuss alternative staffing strategies during the extended Leave of Absence.

4. Chemical Operators on a 12 hour shift can only be forced over an additional 4 hours for a total of 16 work hours.  The same Chemical Operator cannot be forced over two consecutive days in a row.

5. Operators may trade "On Call" shifts.  "On Call" shift trades must be signed off by "both" employees involved in the trade BEFORE being approved by an area foreman**.**  Any trade must be approved by the area foreman in advance of the first scheduled "On Call" shift.  Any trade must not result in a violation of any other "On Call" rules.  Full responsibility for an "On Call" shift lies with the operator that acquired that "On Call" shift via the trade.  That operator no longer carries any responsibility for their originally scheduled "On Call" shift.

6. Operators may trade regular 12 hour shifts similar to the past 8 hour shift trade structure.  Operators will be allowed to trade only "one" 12 hour shift during any two week pay period.  The shift trade may not result in more hours scheduled than what is previously scheduled in the two week period for either of the two operators.

7. When called to report for an "On Call" shift, all "On Call" Operators are expected to report to work.  If an "On Call" Operator is not reachable during the two hour periods outlined above or refuses to report to work or is tardy or leaves early, without reasonable cause, a 3-day suspension will be issued for the first offense.  A second offense within a 12-month rolling period from the first offense will result in a 10-day suspension.  Third offense within a 12-month rolling period will result in a 30 day suspension and final warning.  An additional offense during the 12-month rolling period will result in termination.  Employees should bear in mind they have the ability to trade days per this 12-hour shift agreement to free days that may come into conflict with their on-call schedule.

8.   While a Relief Operator is providing vacation relief, the schedule format may result in less than 40 hours per week of scheduled coverage.  During these weeks, the Relief Operator will be given the option of scheduling additional hours in order to achieve 40 total hours of straight time pay.  These additional hours of work will be considered extra manpower and will not result in loss of work otherwise available to Local 72D.

9.   When relieving Week #1 (four consecutive day shifts) of a 12 hour shift job, Relief Operators will be eligible to receive the additional 8 hours of 1 ½ times the regular rate of  pay for that week per the 12 hour shift pay structure. Aside from cases where additional straight time hours are scheduled in order to result in 40 total hours of scheduled straight time pay, any hours worked over and above the scheduled vacation relief hours will be paid per contractual overtime rules.

10.  Relief Operators will continue to follow overtime rules for the 7-day, 8 hour swing schedule when covering a job that follows that shift structure.

11.  All "On Call" Operators (Relief and Chemical) who are called in as a last resort and work an "On Call" shift will receive an hourly "On Call" Premium rate equivalent to 2 times their current rate of pay for all hours worked.  For Junior Chemical Operators on wage progression rate, "On Call" Premium pay will be calculated as 2 times their wage progression rate.

## F.  Funeral Leave

Pay at regular rate for regularly scheduled hours (12), if any, to a maximum of 24 hours or two regularly scheduled work days.  12 additional hours will be made available as "Funeral Leave" and will be considered as an excused absence, but will not be paid as current Collective Bargaining Agreement only allows 24 hours of paid time.

## G.  Jury Duty

Same as current contract.

## H.  Military Training

Same as current contract.

## I.  Vacation

1.   Vacation will be consumed in 12 hour increments.

| Eligibility – Service | = | Vacation Hours |
|---|---|---|
| 1 < 5 Years | = | 80 Hours |
| 5 < 15 Years | = | 120 Hours |
| 15 < 20 Years | = | 160 Hours |
| 20 < 25 Years | = | 200 Hours |
| 25 or more Years | = | 240 Hours |

2.   All Chemical Operators will be required to consume 40 hours of vacation during the annual

shutdown week, regardless of whether they are regularly scheduled for 36 hours or 48 hours of work during the shutdown week.

3.    Chemical Operators will be required to consume 40 hours of vacation during their regularly scheduled vacation, regardless of whether they are regularly scheduled for 36 hours or 48 hours of work during the vacation week.

4.    Bank Days will be considered to be 12 hour increments.   Therefore, one standard Bank Day will consume 12 hours of vacation.  Each operator will be allowed to schedule one 4-hour "Bank Day" during the year to use up the remaining Bank Day time.  This 4-hour "Bank Day" must be scheduled at the beginning of a 12 hour shift in order to ensure coverage.  Operators whose seniority allows for 10 bank days will most likely result in 8 hours of remaining vacation. Operators will have to schedule "two" 4-hour Bank Days to consume their remaining amount of vacation.

5.    For the 12 hour shift structure, two Bank Days can be issued per department per day. This applies to both standard 12-hour Bank Days, as well as the allowed 4-hour Bank Day. In cases where two Bank Days are taken in the same department on the same day, they must occur in different jobs within the department as described in Section B-1 of this proposal.   For departments that contain both the 12-hour shift structure and the 7 day, 8 hour swing shift structure, a maximum of two Bank Days will be allowed for the department per day.  This can include two Bank Days within the 12-hour shift structure or one Bank Day in each of the 12-hour shift structure and the 7 day, 8 hour swing shift structure.

6.    Coverage for all overtime will be addressed in the following manner in all departments except lab.  The overtime list will be called per the overtime rules first.  If coverage cannot be obtained for the overtime, then the operator "On Call" will be responsible for covering the overtime. If coverage cannot be obtained for 4-hour Bank Days, the operator currently on shift will be forced over an additional 4 hours.

7.    Regarding overtime in the lab, the lab personnel agree to cover any and all overtime by utilizing the overtime list, with the "On Call" status being waived.

8.    When an absence is created by an individual leaving a shift early then the absence of less than a full day/shift must be covered by voluntary overtime only.  The "On Call" operator will not be responsible for any overtime when not called within their two hour window.

9.    Operators scheduled for "On Call" coverage are **not** eligible for any overtime except safety meetings on their scheduled day of  "On Call" and will not be allowed to cover any overtime made available.

10.    Any operator who does not want to be charged overtime hours when scheduled for "On Call" should provide a secondary "On Call" number that will be utilized only for "On Call" overtime and will be added to the Overtime Database.

11.    Notification of the "On Call" operator shall be made by either Zeon Management or the Local 72 personnel in the department calling overtime.

**J.  <u>Summary</u>**

It is the intentions of the Company and Local 72D that the 12 hour shift rotation will allow eligible Chemical Operators in the KY Plant to have a better quality of life.  This aspect should aid in a reduction of absenteeism and forced overtime as Chemical Operators will more fully be able to fulfill their job requirements and require less "Personal Business Days".  Both parties are of the understanding that this Shift Proposal can in no way provide the answers for every problem that might arise.   Therefore, both parties will address these issues as they develop and will work jointly to resolve any issue to the satisfaction of both parties.

**ZEON CHEMICALS L.P.**
**Louisville, Kentucky**

_____
Plant Manager

_____
Technical  Manager

_____
Human Resources and Labor Relations Manager

45

**UNITED FOOD AND COMMERCIAL WORKERS
INTERNATIONAL UNION, AFL/CIO,CLC
LOCAL 72D**

_____
UFCW International Representative, Local 72D

_____
President, Local 72D

_____
Secretary-Treasurer, Local 72D

_____
Vice-President, Local 72D

_____
Local 72D Bargaining Committee

_____
Local 72D Bargaining Committee

46

**<u>Drug and Alcohol Policy</u>**

The health and safety of our employees is a serious concern to Zeon Chemicals. Zeon Chemicals is committed to protecting the safety, health and well-being of its employees and all people who come into contact with its workplaces and property.  The unauthorized use of controlled substances and illegal drugs by employees threatens their, and their fellow employees', personal health and safety. In addition, the use of these substances may increase the risk of on-the-job accidents, which may adversely affect our employees, our property, and our community.

It is our policy, as well as our legal obligation, to strictly maintain and enforce this policy. All employees will receive a copy of the Company's policy against substance abuse and will be required to sign and date a form saying they have read, understood, and received a copy of the policy.

1. *PURPOSE:*

1.1    To protect the health and safety of Zeon Chemicals employees, as well as Corporation property and operations by controlling substance abuse and to establish and outline a system for conducting drug and alcohol testing.  The purpose of random drug testing is to ensure a safe, healthful and productive working environment by maintaining a drug-free and alcohol-free workplace in compliance with all state and federal laws.

2. *SCOPE:*

2.1    This policy applies to all Zeon Chemicals L.P. employees.

3. *DEFINITIONS:*

3.1    **corporation property** – Buildings, facilities, vehicles or land owned, occupied, leased or operated by Zeon Chemicals L.P., and any surrounding grounds or parking lots.

3.2    **unauthorized drugs** – Any drug that cannot be obtained legally or has been illegally obtained, including prescription drugs obtained without a prescription, over-the-counter drugs that are not used as instructed, and drugs represented to be illegal.

3.3    **authorized drugs** – Prescription drugs that are used as prescribed by a medical professional or over-the-counter drugs that are used as intended by the manufacturer.

3.4    **under the influence** – Affected by drugs at or in excess of cut-off levels determined by the Department of Health & Human Services or alcohol at a level of two one-hundredths of one percent (0.02) or more by weight. Determinations may be based upon urinalysis, breath analysis or other scientifically valid tests.

4. *POLICY:*

4.1    The use or abuse of any substance that adversely affects health, safety, the environment, or job performance is a violation of Company policy. Therefore, the use, possession, sale, purchase or transfer of alcohol, inhalants or unauthorized drugs by employees or contract personnel while on the job or on Company property is prohibited. Reporting to work or working while under the influence of alcohol, inhalants or

unauthorized drugs at or in excess of cut-off levels determined by the Department of Health & Human Services is a violation of this policy. Reporting to work or working while under the influence of an authorized drug is prohibited if an employee's use of the authorized drug poses a threat to the safety of the employee, co-workers or the public, or if the employee's job performance is affected by the authorized drug.

4.2     The sale, purchase or transfer of a legally prescribed drug while on Company property is prohibited. In addition, the use of an authorized drug in a manner other than intended or the use of an authorized drug by someone other than the person for whom the prescription was written is also prohibited.

4.3     To the extent permitted by federal, state and local law, there are six types of testing which may be required: pre-employment, post-accident, reasonable cause, post rehabilitation, return to work and random drug testing. Refusal to consent to a required test shall constitute a violation of this policy.

4.4     Reasonable cause may be, but is not limited to, a decline in an employee's job performance, the presence of erratic behavior, involvement in a workplace incident or circumstances, which reasonably suggest drug or excessive alcohol use on the part of the employee.

4.5     There may arise occasions where certain employees are engaged in entertaining customers or participating in business events or business meetings off Zeon property where alcohol is being served. Alcohol may not be served on Zeon property.  It is the responsibility of Zeon employees attending such events to moderate their intake of alcohol and to behave in a socially acceptable manner.  An employee charged with or arrested for public intoxication and/or driving under the influence following such events will be considered in violation of this policy and subject to severe disciplinary action up to and including termination of employment for the first offense.  An employee charged with or arrested for such a violation shall notify the Company immediately.  Regardless of any criminal charge or arrest, if the employee's behavior on such occasions is deemed by management to have adversely affected client or community relations, or to have caused the Company embarrassment, then the employee may also be subject to severe disciplinary action up to and including termination of employment.

4.6     Discipline for any violation of this policy will be severe, likely resulting in termination for the first violation. The illegal use, sale, manufacture, distribution or possession of narcotic drugs, controlled substances, inhalants, drug paraphernalia, or alcohol on-the-job or on Zeon property is a dischargeable offense.  In addition, any violation of this policy can, and will be a dischargeable offense.

4.7     If an employee admits he has a substance abuse problem, he may request a leave of absence from work for treatment.  Such request will not be accepted by the employer should the request be made during an investigation for reasonable suspicion, post-accident / incident or during a random testing event. An employee's return to work will be conditioned upon the employee signing and adhering to a Return To Work Agreement between the employee and Zeon.  The Return to Work Agreement will include, but is not limited to, the employee's ongoing participation in an out-patient substance abuse treatment program, and unannounced periodic substance abuse testing for two years and the releasing of information to Zeon pertaining to the progress of the employee. Under all circumstances, it will be at the sole discretion of Zeon to determine if and when

an employee will be allowed to return to work.  The failure to comply with any portion of the Return to Work Agreement will result in immediate termination of employment.

4.8     Each year a minimum of 10% of the employee population will be randomly selected by a 3rd party (external) organization to submit to a drug and/or alcohol test.  The external administrator shall randomly select employees to be tested and shall ensure that the selection process is random and confidential.

4.9     The employee and his/her supervisor will be notified a maximum of two hours before the test.  Submitting to a random drug and/or alcohol test is a condition of employment.

4.10    Refusal, switching, adulterating, or otherwise tampering in any way with any sample used to test for the presence of illegal drugs or alcohol is a violation of Company Policy.  Refusal to test, adulteration or attempted adulteration, substitution of a sample, inadequate sample without medical justification, or admission in the face of testing or discipline will be considered the same as a positive drug test.  Tests which result in a negative but dilute finding, or are otherwise inadequate, will be subject to retest.  Urine specimens will be tested for temperature within range, specific gravity, PH, nitrites and creatine.

4.11    Some of the drugs which are considered illegal or controlled under federal, state or local laws include, but are not limited to, marijuana, hashish, heroin, cocaine, hallucinogens, and depressants and stimulants not prescribed for current personal treatment by a physician

4.12    Drug panels and threshold levels for drug testing will NOT be determined by Zeon Chemicals L.P., but by the Department of Health and Human Services as interpreted by the 3rd party administrator of the program and may change as appropriate.  The threshold levels in place as of 10/2010 are as follows:

Threshold Levels effective 1/1/2016
(ng/ml)

| Drug | Screening Cutoff | Confirm Positive |
|------|------------------|------------------|
| Cocaine Metabolites | 300 ng/ml | 100 ng/ml |
| Amphetamines (Class) | 1000 ng/ml | 250 ng/ml |
| Phencyclidine | 25 ng/ml | 15 ng/ml |
| Marijuana Metabolite (THC) | 50 ng/ml | 15 ng/ml |
| Opiates | 2000 ng/ml | 2000 ng/ml |
| Alcohol (BAC)** | .02 | |

** *Breath Alcohol Concentration of grams of alcohol per 210 liters of breath.*

4.13    If a positive result is received, the employee may request to have the sample retested.  A retest is an additional test of the sample that tested with a positive result and does not mean a new specimen collection.  This retest will need to be done by a laboratory approved by the US Department of Health and Human Services.  The employee must

request a retest within 24 hours of a declared positive test.  Employees requesting a retest will have to pay in advance for this additional test.

If a positive (Breath Alcohol reading over .02) test for alcohol is received, the employee may request a confirmation blood test be conducted within 15 minutes of the initial BAT reading.  The MRO will, if necessary, make a final determination of alcohol concentration based on all of the criteria and testing results.  As the results of the confirmation blood test will not be immediately available, the employee will be suspended until the results are known.   Zeon will arrange transportation home for the subject employee as an unsafe condition may occur if the employee attempts to drive.

4.14   If a positive result is received for a controlled substance that is not an illegal drug, a review will be made by the MRO.  The employee must then present a valid prescription prescribed for the employee to not be in violation of this policy.  The MRO will, if necessary, make a determination as to what constitutes a "valid prescription."

4.15   The employees selected and the results of the test will be confidential and shall be disclosed on a need to know basis only.

4.16   All potential new hires will have drug testing as part of their routine pre-placement physical examination.  If the drug screen is positive, the employment offer will be withdrawn, and the individual will not be eligible for employment consideration for one year.

4.17   Zeon personnel may search an employee's personal property (including but not limited to storage in a locker, lunch box, and clothing).

4.18   Visitors, contractors and sub-contractors are subject to certain provisions of this policy.

## 5.   *RESPONSIBILITY:*

5.1   The Human Resources Manager shall evaluate periodically whether the number of employees tested and the frequency with which those tests are administered satisfy Zeon's duty to achieve a drug-free work force.

5.2   A supervisor or Human Resources representative should be contacted in any circumstances in which a Zeon employee believes testing is warranted.

5.3   The Vice-President, Human Resources is responsible for the administration of this Policy.  All supervisory and management personnel are responsible for the implementation of and adherence to this Policy.  In addition, it is every employee's responsibility to comply with the provision of the Policy.

## 6.   *REFERENCES:*

6.1   If additional clarification is required, contact the local Human Resource representative or the Vice-President, Human Resources.  Exception to this policy must be approved, in writing, by the Vice-President, Human Resources.

**<u>Zeon Chemicals Kentucky Plant Attendance Control Policy</u>**

Excellent attendance is an expectation of all employees of Zeon Chemicals L.P.   Daily attendance is especially important for hourly employees who perform continuous-run responsibilities in a 24 hour per day, 7 day per week chemical operation. Employees have a responsibility to their internal and external customers and coworkers who have the expectation of on-time, quality product inventory, shipping and delivery.

Supervision will monitor the attendance of employees in the respective departments. Consideration will be given to the frequency of absence and the reason for absence.  All communication regarding the need to be away from work should be made in a timely fashion and to the appropriate level of supervision specified in an employee's work group.  "No report" absenteeism is completely unacceptable except in the most extreme circumstances and will be dealt with accordingly.

Punctual, regular and full shift attendance is absolutely essential in achieving efficient and quality production operations and in avoiding unnecessary hardship on those employees who report and work.  This attendance policy is established to encourage employees to correct unsatisfactory attendance and to provide consistency in the handling of problems relating to absences.

Zeon will follow a point system to combine the tracking of absences, tardiness and the leaving of shifts early.  This policy details how absences and tardiness and leaving the shift early are accounted for and applied.

**DEFINITIONS**

<u>Tardy</u> is defined as clocking into the time recording system 1 minute or later after the start of a scheduled shift. All employees are expected to be in their work area or station by the start of their respective shifts.  An individual will be considered tardy if he/she is not in the work area at the start of the shift.

If an employee is tardy more than 1 hour past his regular start time and has not made other arrangements with the shift supervisor, the employee will be counted as a no call/no show and will have 3 points assessed.

<u>Leave Early occurs</u> if an employee leaves the site prior to the end of his scheduled shift.  An employee who leaves early will be paid for clock hours worked and will be charged points for leaving early. If the employee receives permission from his/her direct supervisor to leave as EXCUSED, no points will be assessed.

<u>An absence</u> occurs when an employee does not report to work for a scheduled shift.  Vacation days, funeral leave, jury duty, military leave, approved bank days, union business, and days approved and designated as Family Medical Leave shall not be assigned points.  An absence of 1-7 consecutive days due to the same illness or injury will be counted as one occurrence for the purpose of assigning points IF a physician's note is presented immediately upon return of the employee dated contemporaneously with the missed days.  Delayed notes will not be accepted as excused.  All other absences will be counted as individual occurrences, even if absences are consecutive.

51

<u>A no call/no show</u> is a serious matter and is defined as not reporting to work and not calling to report the absence prior to 30 minutes following the start of the shift.

*<u>Saturday absence (For Maintenance Employees Only) – employees who accept voluntary Saturday overtime then fail to fulfill their commitment to the Saturday overtime without an approved excuse by the Supervisor will be assessed 1 point for 3 occurrences.</u>*

DUTY TO NOTIFY (CALL-IN)

In all absentee cases, it is the duty of the employee to notify Zeon Chemicals that they are not available to work their prescribed shift.  The employee her/himself (friends and or relatives will not be accepted –other than spouse) must call in and talk to a <u>shift supervisor</u>. (Call-ins from other individuals would be appropriate only in an emergency situation). Calls should be made to the supervisors' cell phone to insure the supervisor is contacted and is aware of the impending absence.  If the employee is unable to reach the supervisor on the cell number, a message should be left on the poly supervisor's voice mail; however, it is incumbent upon the employee to ensure that a supervisor is aware of a pending absence.

SPECIAL SERIOUS ABSENCES - NO CALL/NO SHOW:

Not reporting to work and not calling to report the absence within 30 minutes following the start of the shift is a no call/no show and is a serious matter.  The first instance of a no call/no show will result in a 3 point assessment.  Any no call/no show lasting three consecutive work days is considered job abandonment and will result in immediate termination of employment.  A doctor's note cannot be utilized to alleviate the no-call, no show provision, unless for extraordinary circumstances approved by the HR Manager or unless current FMLA rules dictate otherwise.

Management may consider extenuating circumstances when determining discipline for a no call/no show (for instance, if the employee is in a serious accident and is hospitalized) and the Company reserves the right to exercise discretion in such cases.

FAMILY AND MEDICAL LEAVE ACT

Absences due to illnesses or injuries which qualify under the Family and Medical Leave Act (FMLA) will not be counted against an employee's attendance record for the purpose of accruing points.   Medical certification documentation within the guidelines of the FMLA and Zeon FML Policy will be required in these instances.

**THE POINT SYSTEM**

Points will be assigned to the attendance issues as follows:

> Absence will be charged with 2 points.
> Absence with a dated doctor's certification presented on date of return will be charged 1 point.
> Tardy will be charged with 1 point
> Leaving shift early will be charged with 1 point
> No call/no show is 3 points

Points will be tracked on a <u>rolling 12 month calendar</u>.  Step discipline will be implemented when accrued points reach pre-determined levels.  Occurrences expire twelve months from the date of the incident and the points are deducted.   Employees will be allowed 1 visit (documented by a written medical certification) per rolling 12 months to a physician of their choice without being assessed points. If an employee has no unexcused absences in a rolling quarter, the employee will be allowed to have ½ point deducted from their point total.  A maximum credit of four points can be banked at any one time.

**STEP ONE**

The accrual of 6 points in any twelve-month period will be the basis for a coaching discussion (verbal warning) between the employee and his/her direct supervisor. The purpose of the coaching session is to make the employee aware that he/she has been absent or tardy frequently enough to draw attention and to be certain that the employee understands this policy and the consequences of the violation. The coaching session will be documented to the employee's personnel file.

**STEP TWO**

The accrual of 8 points in the same twelve-month period will trigger a written warning putting the employee on formal notice of violation as mentioned above.

**STEP THREE**

The accrual of 10 points in the same twelve-month period is cause for a final written warning with a one-day suspension (without pay). This is considered the final warning step in the disciplinary process regarding attendance and punctuality.

The Company, may, at its discretion, impose a 30 day suspension as a final step in the disciplinary process for employees with 20 or more years of service in an effort to impress upon the employee the gravity and severity of the situation.

**STEP FOUR (FINAL)**

The accrual of 12 points in the same twelve-month period is cause for termination of employment.

**PROCEDURES**

**STEP DISCIPLINE – UNSCHEDULED ABSENCES, TARDIES OR LEAVE EARLIES IN A ROLLING TWELVE -MONTH PERIOD**

| 6 points | **VERBAL WARNING DOCUMENTED TO FILE** |
| 8 points | **WRITTEN WARNING TO FILE** |
| 10 points | **FINAL WRITTEN WARNING WITH ONE-DAY SUSPENSION** |
| 12 points | **TERMINATION OF EMPLOYMENT** |

### _Tobacco Free Workplace Policy_

**Purpose:**

1.1     Because we recognize tobacco use is hazardous to the health of our employees, it is the policy of Zeon Chemicals L.P. to provide and enforce a 100% tobacco-free workplace.

_2. _____**Scope:**

2.1     This policy applies to all Zeon Chemicals L.P. employees, contractors, and visitors.

_3._____**Policy:**

3.1     To protect the health and well-being of all employees, Zeon Chemicals L. P. is 100% tobacco-free, effective July 4, 2010.  Tobacco use is strictly prohibited within our facilities, company vehicles, and on the property of Zeon, including parking lots. This includes all products such as cigarettes, cigars, pipes, smokeless tobacco, etc. With the exception of within your vehicle, tobacco products are not allowed on Zeon property.

3.2     While on company time, no one will be allowed to leave Zeon property to use tobacco.  Personnel on site shall not stand along the property lines or entrances and use tobacco at any time. These provisions apply to all persons who enter Zeon property.

3.3     Employees who use tobacco and would like support in quitting are invited to participate in tobacco cessation programs and other tobacco cessation benefits offered by Zeon.

3.4     Persons found to have violated this policy will be subject to disciplinary action(s) in the same manner and magnitude as violation of other Zeon policies.

_4._____**Responsibility:**

4.1     Zeon requests the thoughtfulness, consideration, and cooperation of our tobacco users and non-tobacco users. All employees share in the responsibility for adhering to and enforcing the policy.

_5._     **References:**

5.1     If additional clarification is required, contact the local Human Resource Manager or the VP Human Resources.

### *Zeon Anti-Trust Policy*

### *PURPOSE:*

1.1      Company policy requires full compliance with the letter and spirit of all antitrust laws.

2.      *SCOPE:*

2.1      This policy applies to all employees.  You are responsible for your own actions and also for the actions of employees you supervise.

3.      *ANTITRUST LAWS - AN OVERVIEW:*

3.1      Antitrust laws are designed to preserve and foster fair and honest competition within the free enterprise system.  To accomplish this goal, the language of these laws is deliberately broad, prohibiting such activities as "unfair methods of competition" and agreements "in restraint of trade."  Such language gives enforcement agencies the right to examine many different business activities to judge their effect on competition.

3.2      Penalties for antitrust violations are severe for the Company and individuals.  Employees who violate this policy could be subject to criminal prosecution and will be subject to disciplinary action up to and including termination of employment.

4.      *POLICY:*

4.1      **Practices Zeon Employees Should Not Participate in**

4.1.1      Do not discuss prices, markets or customers with competitors ever.

4.1.2      Do not agree with competitors to restrict or increase levels of production.

4.1.3      Do not divide customers, markets or territories with competitors.

4.1.4      Do not require a customer to buy products from Zeon as a condition of Zeon purchasing products from such customer.

4.1.5      Do not agree with competitors to boycott suppliers or customers.

4.1.6      Do not offer a customer prices or terms more favorable than those offered competing customers unless justified by demonstrable cost savings, the need to meet a competitive price or changed market conditions lead to a reasonable conclusion that the bid submitted is necessary in order to be competitive.

4.1.7      Do not use one product as leverage to force or induce a customer to purchase another product.

4.1.8      Do not forget federal antitrust laws apply to activities engaged in overseas if they affect United States commerce.

4.1.9      Do not prepare documents or make presentations without considering the antitrust implications.

4.1.10      Do not cover up any wrongdoing, but report it promptly to the President/CEO, the CFO or, if necessary, to Zeon's legal counsel.

4.2      **Professional Trade Associations and Contact with Competitors**

4.2.1      Zeon employees should conscientiously avoid formal and informal contact with competitors, whether social or business.  Should a competitor attempt to engage you, terminate the contact immediately; diplomacy is not required.  Should you find yourself in group settings, for example trade or industry association meetings, where competitors are present, you must avoid direct contact; in such settings where competitors are

present and unavoidable, should conversations touch on customers, markets or pricing you must immediately excuse yourself and do so in a manner that other non-competitors in the setting will recall your departure.  Such instances must be immediately reported to Zeon's CFO or President/CEO.   Should direct contact with competitors be necessary for lawful and legitimate business purposes, prior written approval for such contact must be obtained from Zeon's CFO or President/CEO and a written report of such contact be provided to both the CFO and President/CEO promptly following such contact.

4.3        **Prices**

4.3.1        All prices for Zeon's products are established in accordance with Zeon's regularly published price list, which list is available from the Pricing Administrator. Departures from the list prices must be established by the Request For Pricing system and set in a manner consistent with this antitrust policy.

4.4        **Exclusive Dealings and Customer Restrictions**

4.4.1        Prior approval must be obtained from Zeon's CFO or President/CEO, with the advice of legal counsel, prior to entering into any exclusive selling or dealing agreement or any agreement which contains territorial and customer restrictions.

5.        *TRAINING PROGRAMS:*

5.1        All employees are required to review this Antitrust Policy at the time of hire and to sign an antitrust compliance statement indicating such employee understands this policy. Employees will be required to re-sign the signature sheet every third year.

5.2        Zeon is committed to periodic antitrust training programs, the scope and intended audience to be determined by Zeon in its sole discretion.

5.3        Upon completion of each training program, each employee is required to execute an updated antitrust compliance statement indicating that such employee has attended training on antitrust matters and acknowledges their continuing understanding of such policy.

6.        *PROCEDURES*

6.1        Management is committed to make every effort to maintain a work environment where employees can openly discuss antitrust issues that may arise.

6.2        If you have any questions regarding the antitrust policy or discover any violations of this policy, you should always go to your supervisor or to a member of upper level management, including the President/CEO and the CFO.

6.3        There will be no retaliation for reporting antitrust concerns or issues provided such employee promptly reports such issues and concerns.  Failure to report issues or concerns will be deemed to be a violation of this policy.

6.4        Management is committed to taking appropriate reporting and corrective action.

7.        *REFERENCES:*

7.1        If additional clarification is required, please contact your supervisor or a member of upper level management, including the President/CEO or CFO.

**Medical Testing and Workplace Training Policy**

## PURPOSE

To provide and preserve a safe work place for all employees.  The Medical Testing and Work Place Training Programs are fundamental elements in protecting the health and safety of each employee.

## SCOPE:

This standard applies to the manufacturing and support areas at the Zeon Chemicals L.P. - Kentucky Plant.

## POLICY:

Company policy requires all employees who work with a toxic substance or other designated materials to be trained in work practices and procedures as set forth in applicable Occupational Safety and Health Administration (OSHA), Environmental Protection Agency (EPA), or other federal, state or local statute, or regulation and/or company policy.  Efforts will be made to make employees aware of the potential hazards that may exist in the work place.

Company policy requires employees, with certain job functions, to participate in medical surveillance to monitor the employees' exposure to toxic substances or other designated materials.  The purpose of the surveillance is to certify an employee's acceptability for work in a given job and to try to make an early detection of any illness that may have resulted from such exposure.

Results of these physical examinations, or other medical data, will be maintained as confidential and will be made available only to the employee and the Zeon medical representatives.  Upon written request from the employee, the results of these examinations and other medical data will be forwarded to the employee's personal physician.

Employee medical and exposure records, including monitoring results, medical consultations, medical examinations, and written opinions are maintained for active employees throughout their employment and are retained for thirty (30) years following employment per 29 CFR 1910.20.

## RESPONSIBILITY:

In compliance with these policies, employees are required to participate in the Zeon Chemicals' Medical and Training Programs on an ongoing basis in order to qualify for and continue to work in the above referenced jobs.  The Training Specialists, Safety Supervisor, and Contract Occupational Nurse will be responsible for the programs.

The Company will determine the requirements for specific job assignments and provide training and testing.  An outline will be prepared for each training course and attendance records kept.  Training participants will be tested on course content.  Course outlines, attendance records, and test results will be maintained by the Company.

See SOP-0037 - Training Matrix-SAZ-7 – for list of qualifying job titles

# EMPLOYEE ACKNOWLEDGEMENT



ZC-414 Confidentiality

*SOP-0094*

I, _____, have received, read, and understand the "Confidentiality Policy." I recognize that Zeon Chemicals L.P., and its affiliates (defined as any person or entity controlled by, controlling, or under common control with Zeon Chemicals L.P.) (collectively "Zeon") have developed and use in its business commercially valuable technical and non-technical information, that preservation of such information is vital to the success of Zeon, and that through many activities I may contribute to such information from time to time during my employment. I further understand that in order for Zeon to protect its interests in such information it must either hold such information secret or confidential or obtain a patent on the process or the product.

In view of the above and in consideration of my employment, I agree as follows:

1. Unless I first obtain Zeon's prior written consent, while in the employ of Zeon and after my resignation or other termination of employment, regardless of the reason for termination, I agree not to disclose or use any secret or confidential information (including matters of a technical nature, such as "know-how", formulas, secret processes or machines, inventions, and research products, and matters of a business nature, such as information about costs, profits, markets, sales, lists of customers, and any other information of a similar nature, to the extent not available to the public) of Zeon about which I learn during my employment, whether or not developed by me, except as required in my duties to Zeon.

2. I agree to execute all necessary papers and provide proper assistance during and subsequent to my employment, to enable Zeon to obtain for itself or its nominee, patents, copyrights, or other legal protection for any invention or innovation and to make and maintain for Zeon adequate and current written records of all inventions or innovation in which I may participate during my employment with Zeon.

3. I agree to disclose promptly to Zeon, or its nominee, any and all inventions (including new contributions, improvements, ideas, or discoveries, whether patentable or not) conceived or made by me, alone or jointly with others, during my employment and related to the business or activities of Zeon or any of its subsidiaries, and I hereby assign and agree to assign all my interest therein to Zeon or its nominee. Whenever requested to do so by Zeon, I shall execute any applications, assignments or other instruments which Zeon shall deem necessary to apply for and obtain Letters of Patent of the United States or any foreign country or otherwise protect Zeon's interests therein. These obligations shall continue beyond the termination of my employment for any invention, discovery, or improvement conceived or made by me during the period of employment, and shall be binding upon my assigns, executors, administrators and other legal representatives.

4. Upon termination of my employment, I agree to deliver promptly to Zeon all drawings, blueprints, manuals, letters, notes, notebooks, reports, files, documents, and all other materials of a secret or confidential nature relating to Zeon's business and which are in my possession or under my control.

I represent that, except as stated below, I have no prior agreements with or obligations to others with respect to confidentiality, ownership or use of innovations or proprietary information. Following are the only prior agreements to which I am a party with respect to confidentiality, ownership or use innovations or proprietary information:

_____        _____

*Employee Signature*                                                                              *Date*

<em style="color:red">Please continue to page two</em>

ZC-415 Conflict of Interest

*SOP-0095*

I, _____, have received, read, and understand the "Conflict of Interest Policy". At the present time, I have no financial interests nor am I engaged in any activities which conflict with the foregoing policy. I have had no such financial interest, nor have I participated in any such activities and, to the best of my knowledge and belief, same is true of all my close relatives. Further, I do not have close relatives employed by the Company whom I supervise directly or indirectly or to whom I process payments. (Initial **either** statement (A) or (B), but not both.)

(A) The foregoing statement is true, without exception        (A) _____

(B) The foregoing statement is true, except for the situations described in
full detail in an accompanying letter        (B) _____

I understand that if, at any time hereafter, there is any change in my circumstances which would make the foregoing statement incorrect, I will make a full report describing such change to my supervisor and Human Resource representative.

_____        _____

*Employee Signature*                                                                              *Date*

In addition, I, _____, have received, read, and understand the following four (4) policies:

| **Name of Policy** | **Initial** |
|---|---|
| ZC-416 Antitrust<br>*SOP-0096* | _____ |
| ZC-508 Drug and Alcohol-Substance Abuse Policy<br>*SOP-0099* | _____ |
| ZC-509 Tobacco-Free Workplace Policy<br>*SOP-0385* | _____ |

ZI-007 Corporate Communications Systems and Internet
_SOP-0136_

_Employee Signature_                                          _Date_

_Supervisor/Human Resources Signature_                        _Date_

May 31,1988

Mr. Robert H. Dickerson
Vice-President
Distillery Wine, and Allied Workers'
  International Union
Local No. 72
3125 Yorkshire Drive
Bardstown, Kentucky 40004

Dear Mr. Dickerson:

1. In reference to Paragraph 43, the Company agrees to restore bidding rights to an employee who is disqualified because of inability to satisfactorily perform assigned duties in a Relief Operator or Operator assignment.

2. During the course of 1988 negotiations, the parties discussed at length those rare examples of cases where simultaneous job movement resulted in a senior employee being placed in a lower paying job than a junior employee. This will confirm the Company's commitment to explore solutions to future cases on the merits of such cases, should they ever arise.

The Company agrees to not have more than one reciprocating schedule change within a quarter except by mutual agreement.  When a 7-day schedule has been converted to a 5-day schedule, and has been in place for more than one year, curtailment rights will be offered or the schedule will return to a 7-day schedule.

Respectfully,


W.G. Pop
Manager Human Resources

61

May 31,1988

Mr. Hiram Gibson, Jr.,
President
Distillery Wine and Allied Workers Local Union
Number 72
Louisville, Kentucky 40217

Dear Mr. Gibson:

During a joint Company-Union Executive Board meeting held on September 20, the parties discussed at length grievances regarding  employees' shift choice privileges and curtailment rights when a product line goes from a three-shift operation to a 28-day swing, four-shift operation and vice versa. From those discussions, three issues were clarified and agreed upon:

1. When a product line goes from a three-shift operation to a 28-day swing, four-shift operation on a permanent basis, the employees affected may select their shift assignments on a seniority basis.

2. When a product line goes from a 28-day swing, four-shift operation on a permanent basis, the employees affected may select their shift assignments on a seniority basis.

Items 1 and 2 shift selections must be made prior to or within the first scheduled week of the new schedule. Management will accommodate employee requests as soon as reasonably possible.

The Compnay agrees
Respectfully yours,


William G. Pop, Manager
Employee Relations

Local 72 Sideletter
Re CPI

This letter will serve to confirm the parties' understanding with respect to the question of inclusion of a Consumer Price Index-Based Wage Reopener ("Reopener") provision in the parties' 1989-1991 collective bargaining agreement.

It is agreed that during the course of the parties' discussions prior to the Employer's purchase of The B.F. Goodrich Company's ("BFG") "Hycar" operation, during which the Employer described the terms and conditions of employment that it would be willing to offer to BFG employees represented by the Union who accepted employment with the Employer, a misunderstanding developed with respect to whether the Employer's offer provided for the inclusion of the Reopener in the parties' contract.

While the Employer's offer to the Union was a contract which would provide for, <u>inter alia</u>, the wage rates established in the collective bargaining agreement between the Union and BFG, <u>i.e.</u> an initial wage rate equal to that then in effect at BFG, and a wage increase on June 3, 1990, equal to the one provided for in the Union's agreement with BFG, with those wage rates to remain in effect for the remainder of the term of the contract, the Employer did not intend to suggest that its offer included the Reopener. At all times, it was the Employer's understanding and intention that its offer was a collective bargaining agreement with the Union that did not provide for such a Reopener and that the Union understood this. However, the Union representatives who participated in those negotiations understood the Employer's proposal to not only include the wage rates specified in the Union's contract with BFG, but the Reopener as well.

As a result of their further discussions, the Union and the Employer now recognize and agree that there was an honest misunderstanding concerning this issue. The parties also recognize that based upon the rate of increase in the Consumer Price Index-Wages ("CPI-W") since June, 1988, that there is a significant likelihood that the CPI-W will not increase to 129.6 index points during the twenty-four month period prior to June 3,1990.

Therefore, the parties agree to defer any further attempt to resolve this misunderstanding, pending the reporting of the CPI-W for the twenty-four month period prior to June 3, 1990. The parties agree that if the CPI-W rises to the level specified, they will meet and negotiate in good faith to resolve the question of inclusion of  a Reopener, and that if the CPI-W does not reach 129.6 index points, this question shall be considered moot. The Union hereby puts the Employer on notice that it will introduce the subject of a cost of living provision at the time of the next contract negotiations.

DISTILLERY, WINE  AND ALLIED WORKERS INTERNATIONAL UNION LOCAL NO. 72

ZEON CHEMICALS KENTUCKY, INC.

Local 72 Sideletter
Re Day Jobs

This letter will serve to confirm the parties' understanding with respect to the application of Paragraph 109 of the Collective Bargaining Agreement (the "Agreement").

The Employer shall, not later than December 31,1990, establish a Stock Room and a day shift work assignment in that Stock Room. A Union official designated by the Union may request temporary assignment to that Stock Room day shift assignment. In the event that more than one Union official shall request such assignment, the Union shall designate the employee to be so assigned. At the conclusion of such a Union official's term of office in the Union, the employee then assigned to the position shall return to his regular assignment.

Any employee temporarily assigned to the Stock Room position must qualify for the job, and will be required to perform the work associated with the assigned position. Since it is recognized by the parties that the Stock Room assignment may not require the employee so assigned to perform full-time Stock Room work, the Employer shall have the right to assign that employee to perform bargaining unit work elsewhere in the Plant, consistent with the terms of the Agreement.

The employee assigned to the day shift Stock Room assignment shall receive the higher of the rate of  pay for the employee's regular assignment or the rate of pay for the Stock Room assignment.

In the event that a Union official who does not then have a day-shift assignment does not request assignment to the Stock Room, the Employer shall fill the position on a temporary basis. At such time as the Employer establishes the Stock Room day shift assignment, the Employer shall continue this assignment for the duration of  the collective bargaining agreement for the term October 12, 1994, through October 11, 2004.

DISTILLERY, WINE  AND ALLIED WORKERS INTERNATIONAL UNION LOCAL NO. 72

ZEON CHEMICALS KENTUCKY, INC.

October 4, 1993

TO:     William Green

RE:     <u>Assignment of work at Butadiene Scrubber</u>

This is to confirm my understanding of the discussion we had on 9-30-93 concerning the assignment of work at the butadiene scrubber.  After walking through the process with George Young (Butadiene Scrubber Supervisor), you agreed that the routine adjustment or "sweetening" of the dilute caustic can be assigned to any person within the bargaining unit who is on-the-job. It is perceived as an incremental duty; meaning it requires the operation of only a few valves to control the concentration of caustic in the system and does not justify the solicitation of overtime. On the other hand, when the decanters, U-tubes, etc. are opened for inspection or maintenance, overtime will be solicited for these purposes.  Removal of manheads, vessel entry and so on is significant enough in terms of the scope of work as to require the dedication of someone to the butadiene scrubber.  In this case, overtime will be solicited from the extra overtime pool.  These provisions are consistent with the contract and at the same time reflect the capital improvements and job classification changes which have occurred in the last 24 months.

Yours truly,

        William T. Simpson

October 3, 1989
(Revised January 5, 1990)

Mr. William L. Gant
President
Local #72, Affiliated with the
Distillery, Wine and Allied Workers'
International Union AFL-CIO
7500 Gerald Avenue
Louisville, Kentucky 40258

Mr. Robert H. Dickerson
International Vice President
Local #72, Affiliated with the
Distillery, Wine and Allied Workers'
International Union AFL-CIO
3125 Yorkshire Drive
Bardstown, Kentucky 40004

Herbert Segal, Esq.
Marion E. Taylor Building
312 Fourth Avenue
Louisville, Kentucky 40202

           Re: <u>Zeon Chemicals Kentucky. Inc.</u>

Gentlemen:

This letter will serve to confirm the agreement between Local 72, Affiliated with the Distillery, Wine and Allied Workers' International Union AFL-CIO ("Local 72" or the "Union"), and Zeon Chemicals Kentucky, Inc. ("Zeon"), as reached at our meeting on September 27, 1989.

By way of background, Zeon has entered into a Letter of Intent with the B. F. Goodrich Company ("BFG") to purchase that portion of BFG's facility located at Bells Lane, Louisville, Kentucky (the "Plant"), operated by BFG's Chemical Group, known as the Hycar Operation. Zeon's agreement to purchase the Hycar Operation from BFG is conditioned by Zeon's ability to purchase the Hycar Operation as a fully staffed, going concern, and upon the condition that the Hycar Operation workforce represented by your Union will accept continued employment with Zeon in the positions they now hold. If virtually all of the Hycar Operation employees represented by Local 72 do not accept employment with Zeon, this offer shall be of no effect.

As we have informed you, Zeon has, through Local 72, as the representative of such employees, offered continued employment to the approximately 122 Hycar Operation production and maintenance employees, such employment to be on the terms and conditions outlined in this letter. Zeon is prepared, upon receiving adequate assurances that virtually all of the Hycar Operation employees represented by your Union will accept this offer and join Zeon, to enter into a collective bargaining agreement with your Union incorporating the terms outlined in this letter. In the event that Hycar Operation employees represented by your Union, in numbers and classifications which Zeon concludes would adversely affect its ability to operate the Hycar operation, exercise any contractual bumping or curtailment rights to claim other positions with

66

BFG then this offer is withdrawn. Please understand that Zeon is not interested in hiring or employing a workforce composed of persons now employed in other portions of the Plant.

While you have expressed your belief that most of the employees your Union represents in the Hycar Operation will accept employment with Zeon, you have informed us that you will not be able to provide us with specific information as to which, if any, Hycar Operation employees will not accept Zeon's offer of employment until you have reviewed this offer with the employees involved. As we have discussed, only after you have presented Zeon with specific information as to which employees in each job classification will accept employment with Zeon will Zeon be able to determine whether that number and mixture of employees is satisfactory and would permit Zeon to proceed. If Zeon concludes that an acceptable complement of employees will join it, Zeon will be prepared to proceed to formalize its agreement with your Union and to enter into a formal collective bargaining agreement which incorporates the terms outlined herein. In addition, in such case, Zeon would also agree to fill the small number of positions that might be open in the Hycar Operation with qualified bargaining unit personnel displaced from positions elsewhere in the Plant.

However, if Zeon concludes that either the number or mixture of Hycar Operation employees willing to accept employment with Zeon us not satisfactory to Zeon, Zeon will be unable to enter into an agreement with your Union reflecting these terms. Zeon and BFG would then be forced to reassess their entire transaction. As we have informed you, the uncertainty concerning this matter is one of the principal reasons for the delay in closing of the sale of the Hycar Operation to Zeon by BFG. Thus, Zeon sincerely hopes that virtually all of the employees represented by your Union will accept Zeon's offer of employment.

The following are the terms of this offer and the basis for a new collective bargaining agreement between your Union and Zeon, subject to the above conditions:

1. RECOGNITION AND UNION STATUS

(a) Assuming that the Hycar Operation employees represented by Local 72 accept employment with Zeon, Zeon will recognize the Union as the sole and exclusive collective bargaining representative of a unit composed of those persons employed by Zeon in its Hycar Operation and in providing services in support thereof, employed in those classifications which your Union represents under its existing collective bargaining agreement with BFG (the"Union-BFG Agreement"). In the event that, in the future, Zeon acquires any other portion of the Plant or operation covered by the Union-BFG Agreement other than that which Zeon is purchasing at this time, Zeon would, at the time of purchase, recognize Local 72 as the representative of any additional employees employed in the classifications covered by the Union-BFG Agreement and apply Zeon's collective bargaining agreement with Local 72 to such employees.

(b) Zeon will continue to respect the respective jurisdictional arrangements observed by and between BFG, Local 72 and the three other unions at the Plant with respect to the assignment of work in the Hycar Operation and in support thereof.

(c) Zeon shall have the right to contract with BFG to provide support services, to be performed by employees of BFG, in support of the Hycar Operation. Zeon will also have the right, as BFG now has, to utilize outside contractors to provide services in support of the Hycar Operation.

(d) Zeon's collective bargaining agreement with your Union will include a union security and dues check-off provision comparable to that contained in the Union-BFG Agreement.

2. COLLECTIVE BARGAINING AGREEMENT
   (Revised)

(a) Zeon's purchase of the Hycar Operation will occur on October 12, 1989. Zeon will enter into an initial collective bargaining agreement with your Union for a term of two (2) years, with said agreement to become effective on October 12, 1989 (the "Closing Date") and to continue in full force and effect through October 11, 1991. Renewal, extension or modification will  be in the manner provided for in the Union-BFG Agreement.

(b) Following the Closing Date, Zeon will continue to meet with Local 72 to finalize language for a formal collective bargaining agreement, based upon the current Union-BFG Agreement, with modifications and revisions necessary to reflect the change in ownership and operation.

3. SENIORITY

(a) Zeon will recognize and respect the prior seniority and service of all BFG employees represented by Local 72 who accept employment with Zeon on the Closing Date (the "Initial Employee Complement").  The seniority of all Initial Employee Complement employees will be recognized by Zeon for competitive bidding, vacation and similar purposes. Past service with BFG will also be recognized for vesting purposes, so that all employees' rights to pensions shall be vested or vest as if such persons had remained BFG employees; provided, that in no instance shall such prior service or seniority result in an employee receiving "double" benefits of any sort. Such seniority and prior service recognition are intended to ensure that employees who accept employment with Zeon will not suffer a loss of benefits as a result thereof.

(b) A seniority provision comparable to that contained in the Union-BFG Agreement, revised to reflect Zeon's departmental structure, will be included in the collective bargaining agreement.

4. NO LAYOFFS

Zeon agrees that except for layoffs due to Acts of God/Force Majeure, there shall not be any layoffs of any member of the Initial Employee Complement during the term of the initial collective bargaining agreement between Zeon and your Union. As a condition of this commitment, Zeon shall have the right to require employees to perform maintenance and support work, including but not limited to cleaning equipment in preparation for painting, within Local 72's jurisdiction, during those times when Zeon's production needs do not require the use of all unit employees in regular production work. This "no layoff" commitment shall only remain in effect through the term of the parties' initial agreement.

5. WAGES

All employees will be hired at their present wage rates. Those wage rates will remain in effect until June 3, 1990, on which date the increases in hourly wage rates provided for in the Union-BFG Agreement will be effective. Those hourly wage rates would then continue for the remainder of the contract term. New employees, if any, will be hired at the applicable starting wage rates provided for in the Union-BFG Agreement and thereafter receive such increases as provided for therein.

6. BENEFITS

(a) Health Care Plans

(i) Zeon will not maintain a flexible spending account program such as that which BFG now maintains. In lieu of the $50 per month credited to each employee under BFG's flexible plan, each employee will receive a gross payment in the amount of $50 per month, which payment will be subject to all normal withholding, which may be used to pay for employee-paid premiums for those benefit plans in which employees elect to participate. Zeon will offer employees a medical plan comparable to the present Option One plan offered by BFG, with annual deductibles of $150/$300. The monthly premiums which employees will pay for such coverage will be $10 for individual coverage, $21 for individual and spouse coverage and $33 for family coverage, as now charged by BFG for Option One coverage. Prescription drug coverage will continue, as now provided under BFG's Option One, with reimbursement comparable to that provided under the BFG Option One plan. Zeon will also offer employees the option to choose an "HMO plan" comparable to that offered by BFG for those employees who elect to participate in such a plan in lieu of participation in the Option One type plan. A dental assistance plan comparable to BFG's plan and a vision plan comparable to BFG's will also be offered to all employees, with premiums at the same levels as provided for in BFG's plan. The monthly premiums for the dental plan shall be $9 per month for individual coverage, $17 per month for individual and spouse coverage and $22 per month for family coverage. The monthly premiums for vision coverage shall be $4 per month for individual coverage, $7 per month for individual and spouse coverage and $10 per month for family coverage.

The above plans may, initially, be administered through BFG. Thereafter Zeon may switch the plans to other insurance carriers or providers, so long as the coverage remains comparable.

(ii) Zeon will offer persons in the Initial Employee Complement a retiree health plan comparable to BFG's existing retiree health plan. Zeon will not offer a retiree health plan or benefits for any other employee hired on or after the Closing Date.

(b) Survivor Benefit Plans

Zeon will offer life insurance plans comparable to those offered by BFG.

(c) Defined Benefit Pension Plan

Zeon will establish and maintain a defined benefit pension plan comparable to BFG's pension plan. Zeon will count an employee in the Initial Employee Complement's service with BFG for eligibility, vesting and benefit accrual purposes under Zeon's pension plan;  provided that employees shall not be able to "double dip."  Zeon will provide persons in the Initial Employee Complement with pension bridging, which means that if the "multiplier" used to calculate employees' pension benefits under Zeon's plan increases in the future, Zeon will apply that increased multiplier to such employees' years of pension credit determined as of the Closing Date under BFG's plan as well, offset by the pension benefits earned under BFG's pension plan, as determined as of the Closing Date.

7. WAGES AND HOURS

Hours of work and wage payment provisions shall be comparable to those provided for under the Union-BFG Agreement.

8. HOLIDAYS

Zeon will provide holiday benefits comparable to those provided for under the Union-BFG Agreement.

9. JOB POSTING

Zeon shall utilize a job posting system, based upon seniority, comparable to that contained in the Union-BFG Agreement.

10. LEAVES OF ABSENCE

Zeon shall follow a leave of absence policy comparable to that provided for in the Union-BFG Agreement.

11. GRIEVANCE AND ARBITRATION

The parties agree to a grievance and arbitration procedure comparable to that contained in the Union-BFG Agreement.

12. VACATIONS

Zeon shall provide vacation benefits comparable to those provided for in the Union-BFG Agreement.

13. OCCUPATIONAL DISABILITY PAY

Zeon shall provide occupational disability pay comparable to that provided for in the Union-BFG Agreement.

14. JURY PAY

Zeon shall provide jury pay benefits comparable to those provided for in the Union-BFG Agreement.

15. FUNERAL PAY

Zeon shall provide funeral pay benefits comparable to those provided for in the Union-BFG Agreement.

16. MILITARY MAKE-UP PAY

Zeon shall provide military make-up pay comparable to that provided for in the Union-BFG Agreement.

17. SAFETY AND HEALTH

The contract between the Union and Zeon  shall include a safety and health provision comparable to that contained in the Union-BFG Agreement.

18. JOB CLASSIFICATION STUDY

Zeon's interest in purchasing the Hycar Operation reflects Zeon's belief that the efficiency and profitability of the Hycar Operation can be improved through a combination of capital improvements, and improved operating procedures. Zeon will require increased operational flexibility to achieve these goals. Zeon believes that a reduction in the number of job classifications will be essential to meeting these objectives.  Zeon recognizes that the employees who work in the operation and Local 72, as their representative, can make a valuable contribution in helping to determine what consolidations of classifications can and should occur. To accomplish this, following the Closing Date, the parties will establish a joint committee, composed of persons selected by the Union and persons selected by Zeon, to review the existing bargaining unit job classifications structure and examine ways to reduce the number of bargaining unit classifications. The joint committee shall make its report and recommendations to Zeon and the Union approximately one year after the Closing Date. The committee's reports and recommendations will then be reviewed in the context of the 1991 contract negotiations, where implementation will be discussed.

19. <u>CONTRACT</u>

The parties agree to meet, following the Closing Date, to reduce the terms of their agreement, as summarized herein, into an actual formal collective bargaining agreement. That contract shall follow the format of the Union-BFG Agreement and shall be structured to reflect Zeon's purchase of the Hycar Operation.

20. <u>PAST PRACTICES</u>

Zeon shall provide employees with uniforms, safety equipment, including shoes and glasses, and towels, on a basis comparable to that on which they are now provided. Zeon shall respect the jurisdiction of Local 72 and the other unions that represent persons employed in the Hycar Operation. Zeon shall arrange for participation in a credit union, for those employees who elect to participate, on terms comparable to BFG's participation in the Chemco Federal Credit Union. As part of the process of creating an actual collective bargaining agreement, the parties shall review such arbitration awards and grievance settlements concerning the Hycar Operation and discuss which such settlements and awards shall be applicable.