UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| GARY DAILY, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ZEON CHEMICALS LIMITED ) <br> PARTNERSHIP, ) <br> ) <br> Defendant. ) | *Electronically Filed* <br><br> Case No. 3:19-CV-109-JHM |

## DEFENDANT ZEON CHEMICALS LIMITED PARTNERSHIP'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Zeon Chemicals Limited Partnership respectfully moves the Court to dismiss the Complaint in its entirety because the Complaint fails to state a claim upon which relief can be granted. As grounds therefore, the claims Plaintiffs have attempted to bring under KRS Chapter 337 are preempted by Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185(a), and must be dismissed.  Further, Plaintiffs' claims fail because the allegations in the Complaint do not meet the minimum pleading standards established by Supreme Court in *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009) and *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007). A Memorandum of Law in support of Zeon's Motion to Dismiss is filed concurrently herewith.

Respectfully submitted,

FROST BROWN TODD LLC

/s/ Richard S. Cleary
Richard S. Cleary
rcleary@fbtlaw.com
Kyle D. Johnson
kjohnson@fbtlaw.com
400 West Market Street, 32nd Floor
Louisville, KY  40202-3363
Phone: 502-589-5400
Fax:    502-581-1087
*Counsel for Defendant Zeon Chemicals Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: rcleary@fbtlaw.com; kjohnson@fbtlaw.com; and kennevitt@hotmail.com.

/s/ Richard S. Cleary
*Counsel for Zeon Chemicals Limited Partnership*

0123861.0716825   4813-9084-8904v2