UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| GARY DAILY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | *Electronically Filed* |
| v. | ) | |
| | ) | Case No. 3:19-CV-109-JHM |
| ZEON CHEMICALS LIMITED PARTNERSHIP, | ) ) | |
| | ) | |
| Defendant. | ) | |

### **DEFENDANT ZEON CHEMICALS LIMITED PARTNERSHIP'S MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Zeon Chemicals Limited Partnership respectfully moves the Court to dismiss the Amended Complaint in its entirety because the Amended Complaint, like the original Complaint, fails to state a claim upon which relief can be granted. (Pls.' Am. Compl., ECF No. 11.)  As grounds for this Motion, Defendant incorporates herein by reference the arguments made in its Motion to Dismiss (ECF No. 8), Memorandum of Law (ECF No 8-1), and Reply Brief (ECF No. 12) that it filed with respect to Plaintiffs' original Complaint, which is identical in substance to the Amended Complaint.  (*See* Ord., Mar. 15, 2019, ECF No. 10 (noting that the only change was the removal of one Plaintiff from the action).)  Accordingly, Defendant Zeon Chemicals Limited Partnership respectfully requests that the Court grant its Motion to Dismiss Amended Complaint.

Respectfully submitted,

FROST BROWN TODD LLC

/s/ Richard S. Cleary

Richard S. Cleary
rcleary@fbtlaw.com
Kyle D. Johnson
kjohnson@fbtlaw.com
400 West Market Street, 32nd Floor
Louisville, KY  40202-3363
Phone: 502-589-5400
Fax:    502-581-1087
*Counsel for Defendant Zeon Chemicals Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: rcleary@fbtlaw.com; kjohnson@fbtlaw.com; and kennevitt@hotmail.com.

/s/ Richard S. Cleary
*Counsel for Zeon Chemicals Limited Partnership*

0123861.0716825   4815-0981-1087v2