UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| GARY DAILY, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>ZEON CHEMICALS LIMITED PARTNERSHIP,<br><br>    Defendant. | *Electronically Filed*<br><br>Case No. 3:19-CV-109-JHM |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Zeon Chemicals Limited Partnership ("Defendant") hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion and Order (D.N. 17) entered in this action on the 25th day of June, 2019.

Respectfully submitted,

FROST BROWN TODD LLC

/s/ Kyle D. Johnson
Richard S. Cleary
rcleary@fbtlaw.com
Kyle D. Johnson
kjohnson@fbtlaw.com
400 West Market Street, 32nd Floor
Louisville, KY  40202-3363
Phone: 502-589-5400
Fax:    502-581-1087
*Counsel for Defendant Zeon Chemicals Limited Partnership*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of June, 2019, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:  Richard S. Cleary (rcleary@fbtlaw.com); Kyle D. Johnson (kjohnson@fbtlaw.com); and W. Kenneth Nevitt (kennevitt@hotmail.com).

      /s/ Kyle D. Johnson
      *Counsel for Zeon Chemicals Limited Partnership*

0123861.0716825   4842-9107-7533v1