# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: August 14, 2019

Mr. Kyle Donald Johnson  
Frost Brown Todd  
400 W. Market Street  
32nd Floor  
Louisville, KY 40202-3363

Mr. W. Kenneth Nevitt  
Nevitt Law Office  
600 E. Main Street  
Suite 100  
Louisville, KY 40202

Re: Case No. 19-5833, *Gary Daily, et al v. Zeon Chem Ltd Partnership*  
Originating Case No. : 3:19-cv-00109

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel  
Mediation Administrator

cc: Ms. Vanessa L. Armstrong

Enclosure

No mandate to issue

Case No. 19-5833

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

GARY DAILY; KARL N. SMITH; BRIAN LEE PHILPOTT; STEPHEN BAUER; KEVIN ROBERTSON; RAYMOND CATLETT; JAMES E. CLARK; JASON L. MOORE; MATTHEW HARDIN, MD; CHAD SEXTON; ERIC MICHAEL SETTLE; RICKY HODGE; THOMAS OEHLER; KIMBERLY T. TATE; NATHAN TANNER; GREGORY DENNIS KESSEL; TODD G. ROBERTSON; THOMAS BAKER; ALEX E. BOWER; MARK H. BASHAM; ZACH RAYMER; JAMES WHITTED; TROY TINGLE

        Plaintiffs - Appellees

v.

ZEON CHEMICALS LIMITED PARTNERSHIP

        Defendant - Appellant

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                             **ENTERED PURSUANT TO RULE 33,
                             RULES OF THE SIXTH CIRCUIT**
                             Deborah S. Hunt, Clerk

Issued: August 14, 2019